# UNITED STATES DISTRICT COURT

## for the

## MIDDLE DISTRICT OF NORTH CAROLINA

Case Number: *1:20CV256*

FILED
MAR 17 2020
Clerk U.S. District Court
Greensboro, NC
BY

| | | |
|---|---|---|
| DERRICK M. ALLEN, | ) | |
| Plaintiff, | ) | |
| -vs- | ) | COMPLAINT |
| | ) | |
| RENTGROW, INC., | ) | |
| Defendant. | ) | |

_____

## PARTIES

1) Plaintiff Derrick M. Allen (hereinafter "Mr. Allen") is a natural person, residing at all times relevant to this case in Durham County in the State of North Carolina.

2) Defendant RentGrow, Inc. (hereinafter "RentGrow") is a corporation incorporated in the State of Delware and/ or Boston M.A. and doing business in Durham County in the State of North Carolina.

## JURISDICTION

3) The United States District Court has jurisdiction under 28 U.S.C. §1331 to adjudicate Mr. Allen's claim for violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et. seq.*

4) The United States District Court has jurisdiction under 28 U.S.C.

- 1 -

§1332 to adjudicate Mr. Allen's claim for libel as established by the law of the State of North Carolina because the amount in controversy in this case exceeds the sum or value of $75,000.

## FALSE REPORTS OF SEX OFFENDER RECORDS AND CONVICTION OF A SEX CRIME

5) On or about 5 June 2019, RentGrow published to Lenox at Patterson Place, a housing provider in the County of Durham, State of North Carolina, and to persons at Lenox at Patterson Place a "Screening Report" (hereinafter "the Report") for review on Mr. Allen's application for an apartment.

6) The Report included:

"National Sex Offender History Does Not Meet Property Requirements";

"National Sex Offender Records Found";

"SEXUAL OFF 1ST DEGR W/CHILD...CONVICTED"; and

"Record Type: SexOff
State of Record: NC".

7) RentGrow's reports of a "National Sex Offender History", of "National Sex Offender Records Found", of conviction of sexual offense first degree against a child (a Class B1 felony in North Carolina), and of sex offender records in North Carolina were (and are) all false.

- 2 -

8) There is no national sex offender registry. If the Report meant a

the "National Sex Offender Public Website" provided by the United

States Department of Justice at https://www.nsopw.gov/ through the

Office of Sex Offender Sentencing, Monitoring, Apprehending,

Registering, and Tracking, "SMART", a simple online search for

"Derrick Allen" on or about 5 June 2019 or at any time relevant to this

case would have shown no Derrick Allen in North Carolina or any

Derrick Allen matching the other identifying information for Mr. Allen

stated in the Report.

9) Likewise, a simple online search for "Derrick Allen" on the North

Carolina Sex Offender Registry provided by the North Carolina State

Bureau of Investigation at http://sexoffender.ncsbi.gov/ would have

shown "No record found" for any Derrick Allen on or about 5 June 2019

or at any time relevant to this case.

10) The Report listing of a conviction of sexual offense first degree

against a child included "Punishment Type: ACTIVE SS",

"Minimum Term: 24 YEARS", and "Maximum Term: 29 YEARS

7 MONTHS". The Report listing also included: "Sentence Status:

DISMISSED", "Last Movement: COURT ORDER RELEASE", and

- 3 -

"Last Movement Date: 2009-04-14" as well as the docket number in Durham County.

11) The Report listing of purported criminal convictions also included:

"MURDER SECOND DEGREE...CONVICTED", "Punishment Type: ACTIVE SS", "Minimum Term: 19 YEARS 9 MONTHS", "Maximum Term: 24 YEARS 6 MONTHS", "Sentence Status: DISMISSED", "Last Movement: COURT ORDER RELEASE", and "Last Movement Date: 2009-04-14" as well as the docket number in Durham County.

12) The Report listing of both the conviction of sexual offense first degree against a child and second degree murder included ""Offense Date: 02/09/1998".

13) A check of the North Carolina court system public records, available on public computers at any county courthouse in North Carolina, on or about 5 June 2019 or at any time relevant to this case would have shown both the sexual offense and second degree murder convictions were vacated in 2009 and thereafter were dismissed completely.

14) The Report included listing of criminal convictions on 19 pages, listing purported convictions of 47 charges – the aforementioned sexual offense and murder charges and 45 misdemeanor charges.

- 4 -

15) The Report listing of misdemeanor charges included multiple listings of the same charges, making 10 misdemeanor charges appear to be 45 misdemeanor charges.

16) Other than the sexual offense conviction which was vacated in 2009 with the charge thereafter dismissed, Mr. Allen never has been convicted of any sex offense of any kind.

17) Mr. Allen has been convicted of a total of six misdemeanor offenses, one in 1997, four in 2012 (including three from the same incident), and one in 2013.

18) The Report listing of 46 purported misdemeanor convictions included purported convictions of assault of a school official in 1995 which in truth was a single charge which had been dismissed, a purported conviction of disturbance at a school in 1995 which in truth had been dismissed, and multiple listings of other charges and convictions to make the six actual misdemeanor convictions and dismissed charges appear to be a total of 46 misdemeanor convictions.

19) On the computers available to the public at any county courthouse in North Carolina, a search for criminal charges against Mr. Allen in the public court records on 5 June 2019 or on any date relevant to this case would have shown the only convictions of Mr. Allen were six misdemeanor convictions, one in 1997, four in 2012 (including three from the same incident), and one in 2013.

20) Upon information and belief, RentGrow has published the same or similar false

- 5 -

and misleading reports of sex offender records and purported criminal convictions to Lenox and other housing providers and to persons at and associated with those housing providers in North Carolina at various times.

21) After Mr. Allen became aware of RentGrow's false reports of sex offender records and purported criminal convictions and notified RentGrow of the falsehoods, on or about 23 July 2019, RentGrow published to Lenox and to persons at and associated with Lenox an amended "screening report" (hereinafter "the Amended Report"), still dated 5 June 2019.

22) The Amended Report deleted "National Sex Offender History Does Not Meet Property Requirements", changed "National Sex Offender Records Found" to "No National Sex Offender Records Found", and deleted the listing of the purported convictions of first degree sexual offense against a child and second degree murder.

23) The Amended Report continued to list purported misdemeanor convictions including the purported conviction of assault of a school official in 1995 which charge in truth had been dismissed, including the purported conviction of disturbance at a school in 1995 which charge in truth had been dismissed, and including the multiple listings of the same charges and convictions to make the six actual misdemeanor convictions of Mr. Allen appear to be 46 misdemeanor convictions.

- 6 -

24) RentGrow changed "Application Result: Reject Applicant" in the Report to "Application Result: REJECT" in the Amended Report.

25) Upon information and belief, RentGrow's change in the "Application Result" from "Reject Applicant" to "REJECT" was a direction to Lenox to decline Mr. Allen's application for an apartment for the purpose of enabling RentGrow in the event of litigation to claim Mr. Allen had suffered no injury from RentGrow's false reports of sex offender records and of convictions of sexual offense against and murder of a child.

26) Lenox complied with RentGrow's direction, replying to Mr. Allen's request for reconsideration of his apartment application: "RentGrow Inc. advised our team on Tuesday July 23rd that no changes were made to the screening results".

27) On or about 16 August 2019, RentGrow published to Lenox and to persons at and associated with Lenox another amended "screening report" (hereinafter "the Second Amended Report"), still dated 5 June 2019.

28) The Second Amended Report reduced the list of purported misdemeanor convictions from 46 to nine, continuing to make the six actual misdemeanor convictions of Mr. Allen appear worse by listing four times the same twenty-two-year-old conviction of assault of a female in 1997.

29) The Second Amended Report continued RentGrow's direction to Lenox to 'REJECT" Mr. Allen's apartment application.

- 7 -

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

30) Mr. Allen realleges paragraphs 1 through 29 above the same as if stated fully here.

31) In preparing and publishing the Report, RentGrow violated 15 U.S.C. §1681e(b) by not following any reasonable procedure to assure accuracy of RentGrow's report of Mr. Allen's purported criminal record despite being well-aware of the injuries Mr. Allen would suffer from false report of being a sex offender who had molested and murdered a child as well from misleading report of what appeared to be 46 misdemeanor convictions when in truth there were only six, the most serious of which occurred twenty-two years ago.

32) The truth of Mr. Allen not being a sex offender was ascertainable from readily-available online government sex offender listings.

33) The truth of Mr. Allen not being a sex offender and not convicted of any sex offense or murder was ascertainable from readily-available public court records.

34) RentGrow failed completely to require any employee or subcontractor to check those readily-available public sex offender listings and court records.

35) The truth of Mr. Allen not being a sex offender and not convicted of any sex offense or murder appeared on the face of the Report itself showing dismissal and court-ordered release on the only sex offense and murder convictions listed,

- 8 -

the dismissal and court-ordered release over a decade before RentGrow published the Report.

36) The truth of Mr. Allen not being convicted of anywhere near 46 misdemeanors was ascertainable from readily-available public court records.

37) The truth of Mr. Allen not being convicted of anywhere near 46 misdemeanors appeared on the face of the Report itself.

38) RentGrow published the Report with malice against Mr. Allen and with willful intent to injure Mr. Allen, the Report itself establishing a high degree of awareness of the falsity of the claims of Mr. Allen being a sex offender convicted of sexual offense against and murder of a child and of the falsity of RentGrow's apparent claim of 46 misdemeanor convictions.

39) Even when deleting the report of Mr. Allen being a sex offender convicted of sexual offense against and murder of a child, in publishing the Amended Report and Second Amended Report, RentGrow continued to show malice against Mr. Allen and willful intent to injure Mr. Allen by listing the same misdemeanor convictions repeatedly to make the record appear much worse than the true record and by directing the housing provider to "REJECT" Mr. Allen's application for an apartment.

40) RentGrow's violations of the Fair Credit Reporting Act in the Report, in the

- 9 -

Amended Report, and in the Second Amended Report were grossly negligent, in reckless disregard for the truth, willful, and malicious with the intent to injure Mr. Allen.

## LIBEL *PER SE*

41) Mr. Allen realleges paragraphs 1 through 29 and 31 through 40 above the same as if stated fully here.

42) In publishing the Report, RentGrow in writing charged Mr. Allen falsely with being a sex offender convicted of the infamous crimes of sexual offense against and murder of a child.

43) The false charges of Mr. Allen being a sex offender convicted of sexual offense against and murder of a child have subjected and continue to subject Mr. Allen to disgrace and degradation and have held and continue to hold Mr. Allen up to public hatred, contempt and ridicule, causing Mr. Allen to be shunned and avoided.

## DAMAGES

44) Because of RentGrow's grossly negligent and willful violations of the Fair Credit Reporting Act and publishing of libel *per se*, Mr. Allen has been denied suitable housing, has incurred additional expense to obtain temporary housing when able and has been homeless when not, has suffered sleeplessness, anxiety,

- 10 -

Case 1:20-cv-00256-TDS-LPA   Document 1   Filed 03/17/20   Page 10 of 77

and other emotional distress, has suffered damage to his reputation, has been
subjected to hatred, contempt, and ridicule, and has been shunned and avoided.

## RELIEF REQUESTED

45) For RentGrow's violations of the Fair Credit Reporting Act, Mr. Allen
respectfully requests award of actual damages, statutory damages, punitive
damages, and the costs of this action together with reasonable attorney's fees.

46) For RentGrow's publishing liber *per se*, Mr. Allen respectfully requests award
of actual damages including but not limited to presumed damages and punitive
damages.

16 March 2020

Derrick M. Allen Sr.

( Pro' se)

- 11 -

MARKET SOURCE: Property Website

Reference: 35844677

# Screening Report – Derrick M Allen

Lenox at Patterson Place (R4217)

## Property Screening Result

### Application Result: Reject Applicant

### Applicant Information

NAME: Derrick M Allen
SSN: XXX-XX-1544
DOB: 10/29/1978
CURRENT ADDRESS: 110 North Goley ST Apt unit , Durham , NC 27703

### Additional Applicant Information

### Residence History

This applicant has rented or owned
TIME AT CURRENT ADDRESS: 3 year 11 month

### Employment/Income

PRIMARY INCOME: $ 2080 per month
PROPOSED RENT: $986
RENT/INCOME: 24%
TIME AT CURRENT JOB: 0 year 0 month
Additional Income :
* Other: $2000 per month
VERIFICATION RESULTS
HOUSING VERIFICATION: Meets Property Requirements
EMPLOYMENT VERIFICATION: Meets Property Requirements

### Individual Result

Reject Applicant

### Additional Information

Reasons for Result
* Criminal History Does Not Meet Property Requirements
* National Sex Offender History Does Not Meet Property Requirements
* Severe Level of Collection Items
* Minor level of late credit payments

### Items to review

* Premium National Criminal Records Found

| SERVICE | REQUEST DATE | COMPLETED DATE | STATUS |
|---|---|---|---|
| Credit Report | 06/05/2019 10:29 AM | 06/05/2019 10:29 AM | Complete |
| Criminal Search | 06/05/2019 10:29 AM | 06/05/2019 12:21 PM | Does Not Meet Property Requirements National Sex Offender Records Found Criminal Records Found |
| Premium National Civil Court Records Search | 06/05/2019 10:29 AM | 06/05/2019 10:29 AM | Meets Property Requirements No Civil Court Records Found |
| Rental History Search | 06/05/2019 10:29 AM | 06/05/2019 10:29 AM | Meets Property Requirements No Records Found |
| OFAC Name Search | 06/05/2019 10:29 AM | 06/05/2019 10:29 AM | No Matches Found |

### EXPERIAN CREDIT REPORT

#### PERSONAL INFORMATION
Name: DERRICK M ALLEN
Also Known As: DERRICK M ALLEN SR
Also Known As: DERRICK MIKE ALLEN
Date of Birth: 10/29/1978

| PRIMARY ADDRESS | | OTHER ADDRESSES | |
|---|---|---|---|
| Address: | 1011 CAMDEN AV APT 1A DURHAM NC 27701-1482 | Address: | PO BOX 11793 DURHAM NC 27703-0793 |
| Filed: | 12/6/2014 | Filed: | 12/7/2012 |
| | | Address: | PO BOX 1094 DURHAM NC 27702-1094 |
| | | Filed: | 07/10/2015 |

#### EMPLOYMENT
| Company: | MARCOS PIZZA |
|---|---|
| Title: | reported 01-01-2016 |
| Company: | LYNNWOOD BREWING CONCERN |
| Title: | reported 06-02-2019 |

#### CHECKPOINT MESSAGES
0084 SSN MATCHES

**TRADE REFERENCES**

## FIRST PREMIER BANK (Sub# 1210189)

| Account type: Credit card | | Responsibility: Individual | | | |
|---|---|---|---|---|---|
| Current Balance: | $434 | Credit Limit: | $300 | Date Opened: | 09/28/2015 |
| Past Due Amount: | $434 | High Balance: | n/a | Last Active On: | 04/15/2016 |
| Monthly Payment: | n/a | Acct. Terms: | REV | Date Updated: | n/a |
| | | | | Balance Date: | 05/5/2019 |

Late Payments over the last 44 months :

1 payment over 30 days late; 1 payment over 60 days late; 1 payment over 90 days late;

| | 2019 | | | | | 2018 | | | | | | | | | | | 2017 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN |

Delinquencies: Max: $434; on 05/1/2019
Previous: on 05/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 90 days
FCBA – disputed account
Balance charged to loss

## SANTANDER CONSUMER USA (Sub# 0507170)

| Account type: Auto loan | | Responsibility: Individual | | | |
|---|---|---|---|---|---|
| Current Balance: | $2,797 | Credit Limit: | $20,262 | Date Opened: | 01/1/2016 |
| Past Due Amount: | $2,797 | High Balance: | n/a | Last Active On: | 09/12/2017 |
| Monthly Payment: | n/a | Acct. Terms: | 074 | Date Updated: | n/a |
| | | | | Balance Date: | 04/30/2019 |

Late Payments over the last 40 months :

1 payment over 30 days late; 1 payment over 60 days late; 1 payment over 90 days late;

| | 2019 | | | | | 2018 | | | | | | | | | | | 2017 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |

Delinquencies: Max: $20,902; on 04/1/2019
Previous: on 04/1/2019
Previous: on 03/1/2019

Remarks: Acct delinquent 90 days
Balance charged to loss

## CHILD SUPPORT ENF AG/N (Sub# 1904570)

| Account type: Child support | | Responsibility: Individual | | | |
|---|---|---|---|---|---|
| Current Balance: | $50 | Credit Limit: | n/a | Date Opened: | 02/1/2016 |
| Past Due Amount: | $780 | High Balance: | n/a | Last Active On: | 06/1/2017 |
| Monthly Payment: | n/a | Acct. Terms: | REV | Date Updated: | n/a |
| | | | | Balance Date: | 10/1/2018 |

| 2018 |
|---|
| OCT |

Delinquencies: Max: on 10/1/2018
Previous: on 10/1/2018

Remarks: Attorney or outside agency account

## SYNCB/CARE CREDIT (Sub# 1476770)

| Account type: Charge | | Responsibility: Individual | | | |
|---|---|---|---|---|---|
| Current Balance: | $0 | Credit Limit: | $800 | Date Opened: | 10/30/2015 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 02/24/2017 |
| Monthly Payment: | n/a | Acct. Terms: | REV | Date Updated: | n/a |
| | | | | Balance Date: | 10/23/2017 |

Late Payments over the last 25 months :

2 payments over 30 days late; 3 payments over 90 days late;

| | | | | 2017 | | | | | | | | | 2016 | | | | | | | | | 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |

Delinquencies: Max: $1,353; on 09/1/2017
Previous: on 09/1/2017
Previous: on 08/1/2017
Remarks: Balance charged to loss
Transferred to another lender
Account closed

**SYNCB/BELK (Sub# 1303000)**

| Account type: Charge | | Responsibility: Individual | | | |
|---|---|---|---|---|---|
| Current Balance: | $0 | Credit Limit: | $0 | Date Opened: | 11/8/2015 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 08/27/2016 |
| Monthly Payment: | n/a | Acct. Terms: | REV | Date Updated: | n/a |
| | | | | Balance Date: | 09/11/2017 |

Late Payments over the last 24 months :

1 payment over 30 days late; 1 payment over 60 days late; 4 payments over 90 days late;

| | | | | 2017 | | | | | | | | | 2016 | | | | | | | | | 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | | DEC | NOV | OCT |

Delinquencies: Max: $512; on 08/1/2017
Previous: on 08/1/2017
Previous: on 07/1/2017
Remarks: Balance charged to loss
Transferred to another lender
Account closed

**CREDIT ONE BANK NA (Sub# 3278143)**

| Account type: Credit card | | Responsibility: Individual | | | |
|---|---|---|---|---|---|
| Current Balance: | $0 | Credit Limit: | $400 | Date Opened: | 12/8/2015 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 07/15/2016 |
| Monthly Payment: | n/a | Acct. Terms: | REV | Date Updated: | n/a |
| | | | | Balance Date: | 04/7/2017 |

Late Payments over the last 17 months :

2 payments over 30 days late; 2 payments over 60 days late; 4 payments over 90 days late;

| | | 2017 | | | | | | | | 2016 | | | | | | | | | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | | | | DEC |

Delinquencies: Max: $828; on 03/1/2017
Previous: on 03/1/2017
Previous: on 02/1/2017
Remarks: Balance charged to loss
Transferred to another lender
Account closed

**SELF-HELP CREDIT UNION (Sub# 1487830)**

| Account type: Secured | | Responsibility: Individual | | | |
|---|---|---|---|---|---|
| Current Balance: | $0 | Credit Limit: | $3,000 | Date Opened: | 09/18/2014 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 02/11/2015 |
| Monthly Payment: | n/a | Acct. Terms: | 024 | Date Updated: | n/a |
| | | | | Balance Date: | 02/28/2015 |

| | 2015 | | | | 2014 | | |
|---|---|---|---|---|---|---|---|
| | FEB | JAN | | DEC | NOV | OCT | SEP |

Remarks: Current account
Paid account/zero balance

## WELLS FARGO BANK (Sub# 3270180)

Account type: Credit line secured | | | Responsibility: Individual | | |
|---|---|---|---|---|---|
| Current Balance: | $0 | Credit Limit: | $300 | Date Opened: | 10/28/2014 |
| Past Due Amount: | n/a | High Balance: | $491 | Last Active On: | 12/31/2014 |
| Monthly Payment: | n/a | Acct. Terms: | REV | Date Updated: | n/a |
| | | | | Balance Date: | 02/4/2015 |

| | 2015 | | | 2014 | |



| FEB | | JAN | | DEC | | NOV |

Remarks: Current account
Credit line closed - grantor's request
Paid account/zero balance

## SUNTRUST BANK (Sub# 1182201)

Account type: Auto loan | | | Responsibility: Joint | | |
|---|---|---|---|---|---|
| Current Balance: | $0 | Credit Limit: | $13,860 | Date Opened: | 09/23/2013 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 06/21/2014 |
| Monthly Payment: | n/a | Acct. Terms: | 072 | Date Updated: | n/a |
| | | | | Balance Date: | 06/21/2014 |

| | | 2014 | | | | | 2013 | |



| JUN | MAY | APR | MAR | FEB | JAN | | DEC | NOV | OCT |

Remarks: Current account
Paid account/zero balance

## DEPT OF EDUCATION/NELN (Sub# 1884330)

Account type: Educational | | | Responsibility: Individual | | |
|---|---|---|---|---|---|
| Current Balance: | $2,406 | Credit Limit: | $2,250 | Date Opened: | 03/12/2015 |
| Past Due Amount: | $76 | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $25 | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | Balance Date: | 04/30/2019 |

Late Payments over the last 50 months :

7 payments over 90 days late;

| 2019 | | | | 2018 | | | | | | | | | | | | 2017 | | | | | | | | |



| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018
Remarks: Acct delinquent 120d - now 30, 60 or 90
Open

## DEPT OF EDUCATION/NELN (Sub# 1884330)

Account type: Educational | | | Responsibility: Individual | | |
|---|---|---|---|---|---|
| Current Balance: | $3,606 | Credit Limit: | $3,000 | Date Opened: | 03/12/2015 |
| Past Due Amount: | $114 | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $38 | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | Balance Date: | 04/30/2019 |

Late Payments over the last 50 months :

7 payments over 90 days late;

| 2019 | | | | 2018 | | | | | | | | | | | | 2017 | | | | | | | | |



| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 120d - now 30, 60 or 90
Open

**DEPT OF EDUCATION/NELN (Sub# 1884330)**

| Account type: Educational | | | | Responsibility: Individual | |
|---|---|---|---|---|---|
| Current Balance: | $1,639 | Credit Limit: | $1,533 | Date Opened: | 06/19/2015 |
| Past Due Amount: | $51 | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $17 | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | Balance Date: | 04/30/2019 |

Late Payments over the last 47 months :
7 payments over 90 days late;

2019 — APR MAR FEB JAN
2018 — DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
2017 — DEC NOV OCT SEP AUG JUL JUN MAY

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 120d - now 30, 60 or 90
Open

**DEPT OF EDUCATION/NELN (Sub# 1884330)**

| Account type: Educational | | | | Responsibility: Individual | |
|---|---|---|---|---|---|
| Current Balance: | $3,061 | Credit Limit: | $2,575 | Date Opened: | 06/19/2015 |
| Past Due Amount: | $96 | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $32 | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | Balance Date: | 04/30/2019 |

Late Payments over the last 47 months :
7 payments over 90 days late;

2019 — APR MAR FEB JAN
2018 — DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
2017 — DEC NOV OCT SEP AUG JUL JUN MAY

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 120d - now 30, 60 or 90
Open

**DEPT OF EDUCATION/NELN (Sub# 1884330)**

| Account type: Educational | | | | Responsibility: Individual | |
|---|---|---|---|---|---|
| Current Balance: | $2,393 | Credit Limit: | $2,250 | Date Opened: | 09/14/2015 |
| Past Due Amount: | $74 | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $24 | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | Balance Date: | 04/30/2019 |

Late Payments over the last 44 months :
7 payments over 90 days late;

2019 — APR MAR FEB JAN
2018 — DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
2017 — DEC NOV OCT SEP AUG JUL JUN MAY

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 120d - now 30, 60 or 90
Open

**DEPT OF EDUCATION/NELN (Sub# 1884330)**

Account type: Educational — Responsibility: Individual

| | | | | |
|---|---|---|---|---|
| Current Balance: | $3,486 | Credit Limit: | $3,000 | Date Opened: | 09/14/2015 |
| Past Due Amount: | $108 | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $36 | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | Balance Date: | 04/30/2019 |

Late Payments over the last 44 months :

7 payments over 90 days late;

| 2019 | 2018 | 2017 |
|---|---|---|



| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018
Remarks: Acct delinquent 120d – now 30, 60 or 90
Open

### DEPT OF EDUCATION/NELN (Sub# 1884330)

Account type: Educational        Responsibility: Individual

| | | | | |
|---|---|---|---|---|
| Current Balance: | $2,393 | Credit Limit: | $2,250 | Date Opened: | 02/16/2016 |
| Past Due Amount: | $74 | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $24 | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | Balance Date: | 04/30/2019 |

Late Payments over the last 39 months :

7 payments over 90 days late;

| 2019 | 2018 | 2017 |
|---|---|---|



| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018
Remarks: Acct delinquent 120d – now 30, 60 or 90
Open

### DEPT OF EDUCATION/NELN (Sub# 1884330)

Account type: Educational        Responsibility: Individual

| | | | | |
|---|---|---|---|---|
| Current Balance: | $3,406 | Credit Limit: | $3,000 | Date Opened: | 02/16/2016 |
| Past Due Amount: | $106 | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $35 | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | Balance Date: | 04/30/2019 |

Late Payments over the last 39 months :

7 payments over 90 days late;

| 2019 | 2018 | 2017 |
|---|---|---|



| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018
Remarks: Acct delinquent 120d – now 30, 60 or 90
Open

### DEPT OF EDUCATION/NELN (Sub# 1884330)

Account type: Educational        Responsibility: Individual

| | | | | |
|---|---|---|---|---|
| Current Balance: | $2,375 | Credit Limit: | $2,250 | Date Opened: | 10/14/2016 |
| Past Due Amount: | $72 | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $24 | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | Balance Date: | 04/30/2019 |

Late Payments over the last 18 months :

7 payments over 90 days late;

| 2019 | | | | 2018 | | | | | | | | | | 2017 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018
Remarks: Acct delinquent 120d – now 30, 60 or 90
Open

## DEPT OF EDUCATION/NELN (Sub# 1884330)

| Account type: Educational | | Responsibility: Individual | |
|---|---|---|---|
| Current Balance: | $3,295 | Credit Limit: $3,000 | Date Opened: 10/14/2016 |
| Past Due Amount: | $100 | High Balance: n/a | Last Active On: n/a |
| Monthly Payment: | $33 | Acct. Terms: 120 | Date Updated: n/a |
| | | | Balance Date: 04/30/2019 |

Late Payments over the last 18 months :
7 payments over 90 days late;

| 2019 | | | | 2018 | | | | | | | | | | 2017 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018
Remarks: Acct delinquent 120d – now 30, 60 or 90
Open

## DEPT OF EDUCATION/NELN (Sub# 1884330)

| Account type: Educational | | Responsibility: Individual | |
|---|---|---|---|
| Current Balance: | $3,257 | Credit Limit: $3,000 | Date Opened: 02/7/2017 |
| Past Due Amount: | $99 | High Balance: n/a | Last Active On: n/a |
| Monthly Payment: | $33 | Acct. Terms: 120 | Date Updated: n/a |
| | | | Balance Date: 04/30/2019 |

Late Payments over the last 18 months :
7 payments over 90 days late;

| 2019 | | | | 2018 | | | | | | | | | | 2017 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018
Remarks: Acct delinquent 120d – now 30, 60 or 90
Open

## DEPT OF EDUCATION/NELN (Sub# 1884330)

| Account type: Educational | | Responsibility: Individual | |
|---|---|---|---|
| Current Balance: | $2,375 | Credit Limit: $2,250 | Date Opened: 02/7/2017 |
| Past Due Amount: | $72 | High Balance: n/a | Last Active On: n/a |
| Monthly Payment: | $24 | Acct. Terms: 120 | Date Updated: n/a |
| | | | Balance Date: 04/30/2019 |

Late Payments over the last 18 months :
7 payments over 90 days late;

| 2019 | | | | 2018 | | | | | | | | | | 2017 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019

Previous: on 09/1/2018
Remarks: Acct delinquent 120d – now 30, 60 or 90
Open

## COLLECTIONS

**SYNCHRONY BANK (Sub# 1980435 – YC)**
Responsibility: Individual

| | | | | |
|---|---|---|---|---|
| Current Balance: | $513 | Balance Date: | 05/28/2019 | Date Assigned: | 08/20/2017 |
| Original Amount: | $513 | Last Active On: | n/a | Date Updated: | n/a |

Agency Name: PORTFOLIO RECO
Remarks: Attorney or outside agency account

**SYNCHRONY BANK (Sub# 1946387 – YC)**
Responsibility: Individual

| | | | | | |
|---|---|---|---|---|---|
| Current Balance: | $1,354 | Balance Date: | 05/21/2019 | Date Assigned: | 09/26/2017 |
| Original Amount: | $1,354 | Last Active On: | n/a | Date Updated: | n/a |

Agency Name: MIDLAND FUNDIN
Remarks: Attorney or outside agency account

**AT T MOBILITY (Sub# 2980878 – YC)**
Responsibility: Individual

| | | | | | |
|---|---|---|---|---|---|
| Current Balance: | $1,486 | Balance Date: | 05/12/2019 | Date Assigned: | 01/3/2019 |
| Original Amount: | $1,486 | Last Active On: | n/a | Date Updated: | n/a |

Agency Name: AFNI, INC.
Remarks: Attorney or outside agency account

**CREDIT ONE BANK N.A. (Sub# 1623040 – FU )**
Responsibility: Individual

| | | | | | |
|---|---|---|---|---|---|
| Current Balance: | $828 | Balance Date: | 04/30/2019 | Date Assigned: | 03/14/2017 |
| Original Amount: | $828 | Last Active On: | n/a | Date Updated: | n/a |

Agency Name: LVNV FUNDING L
Remarks: Attorney or outside agency account

## INQUIRIES

| Date | Name | Subscription # | Responsibility | Type | Amount |
|---|---|---|---|---|---|
| 06/2/2019 | SANTANDER CONSUMER USA | 1912477 | | n/a | n/a |
| 06/2/2019 | CAPITAL ONE AUTO FIN | 1254780 | | Auto loan | n/a |
| 05/3/2019 | TOTAL/TBOM | 2515660 | | n/a | n/a |

## BUREAU INFORMATION

**experían** *Credit Report*

Experian P.O Box 2104 Allen TX 75013

---

## PREMIUM NATIONAL CRIMINAL RECORDS SEARCH

| REQUEST DATE | COMPLETED | STATUS |
|---|---|---|
| 06/05/2019 10:29 AM | 06/05/2019 12:21 PM | Does Not Meet Property Requirements |
| | | National Sex Offender Records Found |
| | | Criminal Records Found |

ALLEN, DERRICK                                        RECORD 1 OF 17

Last Name: ALLEN
First Name: DERRICK
Alias: DERRICK M ALLEN
DOB: 10/29/1978

Sex: MALE
Race: BLACK

)

Record Type: Criminal
State Of Record: NC
Database: North Carolina Dept of Corrections
  ASSAULT ON FEMALE (PRINCIPAL)
State Of Record: NC
Offense: ASSAULT ON FEMALE (PRINCIPAL)
Offense Degree: MISDEMEANOR
Offense Date: 06/13/1997
Statute: 14-33
Disposition: GUILTY
Court Type: DISTRICT
Punishment Type: COMMUNITY SS (DCC)
Conviction County: DURHAM
Docket Number: 97017423
Counts: 001
Sentence Begin Date: 1997-07-10
Conviction Date: 1997-07-10
Count Type: CONCURRENT
DOC Number: 0511314
Sentence Type: PROBATION / SUSPENDED SENTENCE / COUNTY JAIL
Serving: M:
Sentencing Penalty Class Code: CLASS A1 MISDEMEANOR SS
Maximum Sentence: 1M
Sentence Number: 02-001
Parole Case Status Date: 1999-02-10

RECORD 1 – CHARGE 1



ALLEN, DERRICK

RECORD 2 OF 17

Last Name: ALLEN
First Name: DERRICK
Alias: DERRICK M ALLEN
DOB: 10/29/1978

Sex: MALE
Race: BLACK

Record Type: Criminal
State Of Record: NC
Database: North Carolina Dept of Corrections
  ASSAULT ON SCHOOL OFFICIAL (PRINCIPAL)
State Of Record: NC
Offense: ASSAULT ON SCHOOL OFFICIAL (PRINCIPAL)
Offense Degree: MISDEMEANOR
Offense Date: 10/05/1995
Statute: 14-33(B)
Disposition: NON-JUDGMENT
Court Type: DISTRICT
Punishment Type: NON JUDGMENT CASES
Conviction County: DURHAM
Docket Number: 95028579
Counts: 001
Sentence Begin Date: 1995-11-13
Conviction Date: 1995-11-13
Count Type: CONCURRENT
DOC Number: 0511314

RECORD 2 – CHARGE 1

Sentence Type: PROBATION
Serving: M:
Sentencing Penalty Class Code: NON CLASS CODE
Sentence Number: 01-001
Parole Case Status Date: 1996-11-13

ALLEN, DERRICK

Last Name: ALLEN                              Sex: MALE
First Name: DERRICK                           Race: BLACK
Alias: DERRICK ALLEN ALLEN
Alias: DERRICK M ALLEN
Alias: DERRICK MIKE ALLEN
DOB: 10/29/1978



Record Type: Criminal
State Of Record: NC
Database: North Carolina Dept of Corrections – Supplemental
  ASSAULT ON SCHOOL OFFICIAL (PRINCIPAL)                          RECORD 3 – CHARGE 1
State Of Record: NC                           Case #: 0511314
Offense: ASSAULT ON SCHOOL OFFICIAL (PRINCIPAL)
Offense Degree: MISDEMEANOR
Offense Date: 10/05/1995
Disposition: CONVICTED
Punishment Type: NON JUDGMENT CASES
County of Conviction: DURHAM
Docket Number: 95028579
DOC Number: 0511314
Conviction Date: 1995-11-13
Inmate Status: INACTIVE
Sentence Type: PROBATION;
Sentencing Penalty Class Code: NON CLASS CODE
Probation-Parole-Post Release Status: INACTIVE
Sentence Number: 01-001
Count: 4
Commitment: INITIAL
Commitment Type: PROBATION/PAROLE

ALLEN, DERRICK

Last Name: ALLEN                              Sex: MALE
First Name: DERRICK                           Race: BLACK
Alias: DERRICK ALLEN ALLEN
Alias: DERRICK M ALLEN
Alias: DERRICK MIKE ALLEN
DOB: 10/29/1978



Record Type: Criminal
State Of Record: NC
Database: North Carolina Dept of Corrections – Supplemental
  DISTURBING STUDENT AT SCHOOL (PRINCIPAL)                        RECORD 4 – CHARGE 1
State Of Record: NC                           Case #: 0511314
Offense: DISTURBING STUDENT AT SCHOOL (PRINCIPAL)
Offense Date: 09/20/1995
Disposition: CONVICTED
Punishment Type: NON JUDGMENT CASES
County of Conviction: DURHAM
Docket Number: 95027859
DOC Number: 0511314
Conviction Date: 1995-11-13
Inmate Status: INACTIVE

**ALLEN, DERRICK**

Current Location: DURHAM COUNTY
Admission Date: 1999-08-27
Service Status: EXPIRED
Commitment Type: INMATE
Commitment: CONSECUTIVE TO SENTENCE NUMBER BA-001
Previous Location: BERTIE CI
Incarceration Status: INACTIVE
Control Status: REGULAR POPULATION
Last Movement Date: 2009-04-14
Escape?: N
Last Movement: COURT ORDER RELEASE
Count: 2
Sentence Status: DISMISSED
Sentence Number: BA-002
Maximum Term: 29 YEARS 7 MONTHS
Probation-Parole-Post Release Status: INACTIVE
Sentencing Penalty Class Code: CLASS B1 SS
Special Characteristics: REGULAR
Sentence Type: DEPT OF CORR DIV OF PRISONS;
Inmate Status: INACTIVE
Next Custody Review: 20090801
Admitting Location: POLK CI
Minimum Term: 24 YEARS
DOC Number: 0511314
Docket Number: 98005208
County of Conviction: DURHAM
Punishment Type: ACTIVE SS
Custody Classification: CLOSE
Disposition: CONVICTED
Offense Date: 02/09/1998
Offense Degree: MISDEMEANOR
Offense: SEXUAL OFF 1ST DEGR W/ CHILD (PRINCIPAL)
SEXUAL OFF 1ST DEGR W/CHILD (PRINCIPAL)
State of Record: NC
Database: North Carolina Dept of Corrections – Supplemental
State Of Record: NC
Record Type: Criminal

DOB: 10/29/1978
Alias: DERRICK MIKE ALLEN
Alias: DERRICK M ALLEN
Alias: DERRICK ALLEN ALLEN
First Name: DERRICK
Last Name: ALLEN
Sex: MALE
Race: BLACK



Case #: 0511314

RECORD 5 - CHARGE 1

**ALLEN, DERRICK**

Commitment Type: PROBATION/PAROLE
Commitment: CONSOLIDATED FOR JUDGMENT
Count: 5
Sentence Number: 01-001
Probation-Parole-Post Release Status: INACTIVE
Sentence Type: PROBATION;

Last Name: ALLEN
First Name: DERRICK
Alias: DERRICK ALLEN ALLEN
Alias: DERRICK M ALLEN
Alias: DERRICK MIKE ALLEN
DOB: 10/29/1978

Sex: MALE
Race: BLACK

Record Type: Criminal
State Of Record: NC
Database: North Carolina Dept of Corrections – Supplemental
  ASSAULT ON FEMALE (PRINCIPAL)
State Of Record: NC
Offense: ASSAULT ON FEMALE (PRINCIPAL)
Offense Degree: MISDEMEANOR
Offense Date: 06/13/1997
Disposition: CONVICTED
Punishment Type: COMMUNITY SS (DCC)
County of Conviction: DURHAM
Docket Number: 97017423
DOC Number: 0511314
Conviction Date: 1997-07-10
Inmate Status: INACTIVE
Sentence Type: PROBATION; SUSPENDED SENTENCE; COUNTY JAIL
Sentencing Penalty Class Code: CLASS A1 MISDEMEANOR SS
Probation-Parole-Post Release Status: INACTIVE
Sentence Number: 02-001
Count: 3
Commitment: INITIAL
Commitment Type: PROBATION/PAROLE

Case #: 0511314

ALLEN, DERRICK

Last Name: ALLEN
First Name: DERRICK
Alias: DERRICK ALLEN ALLEN
Alias: DERRICK M ALLEN
Alias: DERRICK MIKE ALLEN
DOB: 10/29/1978

Sex: MALE
Race: BLACK

Record Type: Criminal
State Of Record: NC
Database: North Carolina Dept of Corrections – Supplemental
  MURDER SECOND DEGREE (PRINCIPAL)
State Of Record: NC
Offense: MURDER SECOND DEGREE (PRINCIPAL)
Offense Degree: MISDEMEANOR
Offense Date: 02/09/1998
Disposition: CONVICTED
Custody Classification: CLOSE
Punishment Type: ACTIVE SS
County of Conviction: DURHAM
Docket Number: 98007980
DOC Number: 0511314
Minimum Term: 19 YEARS 9 MONTHS
Admitting Location: POLK CI
Next Custody Review: 20090801
Inmate Status: INACTIVE
Special Characteristics: REGULAR
Sentence Type: DEPT OF CORR DIV OF PRISONS;
Sentencing Penalty Class Code: CLASS B2 SS
Probation-Parole-Post Release Status: INACTIVE

Case #: 0511314

Maximum Term: 24 YEARS 6 MONTHS
Sentence Number: BA-001
Sentence Status: DISMISSED
Count: 1
Last Movement: COURT ORDER RELEASE
Escapes: N
Last Movement Date: 2009-04-14
Control Status: REGULAR POPULATION
Incarceration Status: INACTIVE
Previous Location: BERTIE CI
Commitment: INITIAL
Commitment Type: INMATE
Service Status: EXPIRED
Admission Date: 1999-08-27
Current Location: DURHAM COUNTY

ALLEN, DERRICK MIKE                                          RECORD 8 OF 17

Last Name: ALLEN                          Sex: MALE
First Name: DERRICK                        Race: BLACK
Middle Name: MIKE
DOB: 10/29/1978
Address Information
613 RAYNOR ST APT C, DURHAM NC 27703
Record Type: Criminal
State Of Record: NC
Database: North Carolina Statewide Records
Jurisdiction: DURHAM
 (M)ASSAULT ON A FEMALE                                     RECORD 8 – CHARGE 1
File Date: 06/26/1997
State Of Record: NC                        Case #: 01310DURHAM1997CR017423
Offense: (M)ASSAULT ON A FEMALE
Disposition: GUILTY ON 07/10/1997
Case Year: 1997
County: DURHAM
Case Sequence: 017423
Case Type: CR
Last Update Date: 2019-04-06
Disposed: YES

ALLEN, DERRICK MICHAEL                                      RECORD 9 OF 17

Last Name: ALLEN                          Sex: MALE
First Name: DERRICK                        Race: BLACK
Middle Name: MICHAEL
DOB: 10/29/1978
Address Information
1105 W. NC HIGHWAY 5 4 APT D7, CHAPEL HILL NC 27516-2835
Record Type: Criminal
State Of Record: NC
Database: North Carolina Statewide Records
Jurisdiction: DURHAM
 1-(M)BREAKING OR ENTERING (M) 2-~                          RECORD 9 – CHARGE 1
File Date: 01/11/2012
State Of Record: NC                        Case #: 01310DURHAM2012CR050298
Offense: 1-(M)BREAKING OR ENTERING (M) 2- (M)INJURY TO REAL PROPERTY 3-(M)INTERFERING WITH EMREGENCY COMM
Disposition: 1-3 GUILTY ON 07/24/2012
Case Year: 2012
County: DURHAM
Case Sequence: 050298
Case Type: CR
Last Update Date: 2019-04-06
Disposed: YES

**RECORD 10 OF 17**

ALLEN, DERRICK MICHAEL

Last Name: ALLEN                          Sex: MALE
First Name: DERRICK                       Race: BLACK
Middle Name: MICHAEL
DOB: 10/29/1978
Address Information
1105 W. NC HIGHWAY 5 4 APT. D7, CHAPEL HILL NC 27516
Record Type: Criminal
State Of Record: NC
Jurisdiction: DURHAM
Database: North Carolina Statewide Records
(M)COMMUNICATING THREATS

**RECORD 10 - CHARGE 1**     Case #: 0131ODURHAM2012CR053118

File Date: 01/20/2017
State Of Record: NC
Offense: (M)COMMUNICATING THREATS
Disposition: GUILTY ON 09/07/2012
Case Year: 2012
County: DURHAM
Case Sequence: 053118
Case Type: CR
Last Update Date: 2019-04-06
Disposed: YES

**RECORD 11 OF 17**

ALLEN, DERRICK MICHAEL

Last Name: ALLEN                          Sex: MALE
First Name: DERRICK                       Race: BLACK
Middle Name: MICHAEL
DOB: 10/29/1978
Address Information
1105 W NC HWY 54 APT D7, CHAPEL HILL NC 27516
Record Type: Criminal
State Of Record: NC
Jurisdiction: DURHAM
Database: North Carolina Statewide Records
(M)COMMUNICATING THREATS

**RECORD 11 - CHARGE 1**     Case #: 0131ODURHAM2012CR055879

File Date: 06/18/2012
State Of Record: NC
Offense: (M)COMMUNICATING THREATS
Release Date: GUILTY ON 03/04/2013
Case Year: 2012
County: DURHAM
Case Sequence: 055879
Case Type: CR
Last Update Date: 2019-04-06
Disposed: YES

**RECORD 12 OF 17**

ALLEN, DERRICK

Last Name: allen
First Name: derrick
DOB: 10/29/1978
Record Type: Criminal
State Of Record: NC
Database: P.R.I.O.R.S.
ASSAULT ON A FEMALE
File Date 06/13/1997
State Of Record: NC

**RECORD 12 - CHARGE 1**     Case #: 0131ODURHAM1997CR017423

Offense: ASSAULT ON A FEMALE
Offense Degree: Other (Please Specify)
Offense Date 06/13/1997
Disposition: GUILTY ON 07/10/1997
Disposition Date: 12/10/1999

ID Number: BGC-182807774
Prison Time Sentenced: 30 DAYS
County: North Carolina
Case Comments: Offense Modifier: CONVICTED Case Year: 1997 Case Sequence: 017423 Case Type: CR Offense Class: A1 Count: 01 Credit For Time Served: 0000 Special Probation: 0000 Sentence Type: COMMUNITY PUNISHMENT Statute: 14-33(C)(2) Offense Date: 1997-06-13 Statute: 14-33(C)(2) Jurisdiction: North Carolina Admin Office of Courts Source: BGCD
Probation Time Sentenced: 12 MONTHS
Result Date: 2014-11-24
Disposition Comments: NOT ASSAULT, THREATEN OR HARAS
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 613 RAYNOR ST APT C DURHAM NC
Search Type: Statewide Criminal
Sentence Information
Court Costs: 65.00
Fine: 100.00
  BREAKING OR ENTERING (M)                                                                                      RECORD 12 – CHARGE 2
File Date: 01/11/2012
State Of Record: NC                                                          Case #: 12CR 050298
Offense: BREAKING OR ENTERING (M)
Offense Degree: Other (Please Specify)
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 07/24/2012
ID Number: BGC-182807774
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefenseAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M BREAKING OR ENTERING (M) 14-54(B) Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC06S4124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN/ 101012-SENTENCE IS ACTIVATED, 15 DA; YS ACTIVE, ZERO CREDIT; Source: NC
Jail Time Sentenced: 15 DAYS
Result Date: 2014-11-24
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 1105 W. NC HIGHWAY 5 4 APT D7 CHAPEL HILL
Search Type: Statewide Criminal
  INJURY TO REAL PROPERTY                                                                                       RECORD 12 – CHARGE 3
File Date: 01/11/2012
State Of Record: NC                                                          Case #: 12CR 050298
Offense: INJURY TO REAL PROPERTY
Offense Degree: Other (Please Specify)
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 07/24/2012
ID Number: BGC-182807774
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefenseAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INJURY TO REAL PROPERTY 14-127 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Consolidated For Judgement: 12CR 0S0298 01 Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC06S4124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN Source: NC
Jail Time Sentenced: ~
Result Date: 2014-11-24
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 1105 W. NC HIGHWAY 5 4 APT D7 CHAPEL HILL
Search Type: Statewide Criminal
  INTERFERING WITH EMREGENCY COMMUNICATION                                                                      RECORD 12 – CHARGE 4
File Date: 01/11/2012
State Of Record: NC                                                          Case #: 12CR 050298
Offense: INTERFERING WITH EMREGENCY COMMUNICATION
Offense Degree: Other (Please Specify)
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 07/24/2012
ID Number: BGC-182807774
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefenseAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INTERFERING W/ EMERGENCY COMMUNICATION 14-286.2 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant

Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Consolidated For Judgement: 12CR 050298 01
Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S
State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN Source: NC
Jail Time Sentenced: -
Result Date: 2014-11-24
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 1105 W. NC HIGHWAY 5 4 APT D7 CHAPEL HILL
Search Type: Statewide Criminal

| COMMUNICATING THREATS | RECORD 12 – CHARGE 5 |
|---|---|

File Date: 04/04/2012
State Of Record: NC           Case #: 12CR 053118

Offense: COMMUNICATING THREATS
Offense Degree: Other (Please Specify)
Offense Date: 04/03/2012
Disposition: GUILTY ON 09/07/2012
Disposition Date: 09/07/2012
ID Number: BGC-182807774
County: North Carolina .
Case Comments: PROCESS TYPE: WARRANT METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior
court level) Court Type: CR Trial Date: 20120907 Trial Session: AM DefensevAttorney: HOWARD,MARLON Defense Attorney Type: R Charged Offense: M
COMMUNICATING THREATS 14-277.1 Complainant: BELL,TEKOA,R Issued Date: 20120404 Served Date: 20120404 Defendant Continuances: 00 State Continuances: 00
Defendant Continuances: 00 Judge Continuances: 03 Restitution: Judge: BCW Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N
Domestic Violence Conviction Flag: N Special Conditions: NO CONTACT WITH VICTIM(TEKOA BELL)/WAIVES RIGHT TO APPEAL/ Source: NC
Jail Time Sentenced: 20 DAYS
Result Date: 2014-11-24
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 1105 W. NC HIGHWAY 5 4 APT D7 CHAPEL HILL
Search Type: Statewide Criminal

| COMMUNICATING THREATS | RECORD 12 – CHARGE 6 |
|---|---|

File Date: 06/18/2012
State Of Record: NC           Case #: 12CR 055879

Offense: COMMUNICATING THREATS
Offense Degree: Other (Please Specify)
Offense Date: 06/18/2012
Disposition: GUILTY ON 03/04/2013
Disposition Date: 03/04/2013
ID Number: BGC-182807774
County: North Carolina
Case Comments: PROCESS TYPE: CRIMINAL SUM METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at
superior court level) Court Type: CR Trial Date: 20130304 Trial Session: AM DefensevAttorney: UNK Defense Attorney Type: A Charged Offense: M COMMUNICATING
THREATS 14-277.1 Complainant: WILLIAMS,TERRENCE Issued Date: 20120618 Served Date: 20120624 Defendant Continuances: 00 State Continuances: 00 Defendant
Continuances: 00 Judge Continuances: 05 Restitution: Judge: MHM Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Domestic
Violence Conviction Flag: N Special Conditions: NOT BE FOUND ON THE PREMISES OF TERRENCE WILLIAMS, NOT; ASSAULT THREATEN HARASS TERRENCE
WILLIAMS; Source: NC
Jail Time Sentenced: 30 DAYS
Result Date: 2014-11-24
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 1105 W NC HWY 54 APT D7 CHAPEL HILL NC
Search Type: Statewide Criminal

| INJURY TO REAL PROPERTY | RECORD 12 – CHARGE 7 |
|---|---|

File Date: 08/15/2012
State Of Record: NC           Case #: 12CRS050298

Offense: INJURY TO REAL PROPERTY
Offense Degree: Misdemeanor
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 10/09/2012
ID Number: BGC-182807774
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM
DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INJURY TO REAL PROPERTY 14-127 Complainant: HARRIS,V Agency: CPD Issued
Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge:
MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit:
YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC
Jail Time Sentenced: -
Result Date: 2014-11-24
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 1105 W. NC HIGHWAY 5 4 APT D7 CHAPEL HILL
Search Type: Statewide Criminal

| INTERFERING W/ EMERGENCY COMMUNICATION | RECORD 12 – CHARGE 8 |
|---|---|

File Date: 08/15/2012           Case #: 12CRS050298

State Of Record: NC
Offense: INTERFERING W/ EMERGENCY COMMUNICATION
Offense Degree: Misdemeanor
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 10/09/2012
ID Number: BGC-182807774
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM DefenseAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INTERFERING W/ EMERGENCY COMMUNICATION 14-286.2 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC
Jail Time Sentenced: -
Result Date: 2014-11-24
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 1105 W. NC HIGHWAY 5 4 APT D7 CHAPEL HILL
Search Type: Statewide Criminal

BREAKING OR ENTERING (M)                                                                                          RECORD 12 – CHARGE 9
File Date: 08/15/2012
                                                                    Case #: 12CRS050298
State Of Record: NC
Offense: BREAKING OR ENTERING (M)
Offense Degree: Misdemeanor
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 10/09/2012
ID Number: BGC-182807774
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM DefenseAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M BREAKING OR ENTERING (M) 14-54(B) Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 02 Restitution: Judge: MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC
Jail Time Sentenced: -
Result Date: 2014-11-24
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 1105 W. NC HIGHWAY 5 4 APT D7 CHAPEL HILL
Search Type: Statewide Criminal


ALLEN, DERRICK                                                        RECORD 13 OF 17


Last Name: allen
First Name: derrick
DOB: 10/29/1978
Record Type: Criminal
State Of Record: NC
Database: P.R.I.O.R.S.

ASSAULT ON A FEMALE                                                                                               RECORD 13 – CHARGE 1
File Date: 06/13/1997
                                                                    Case #: 01310DURHAM1997CR017423
State Of Record: NC
Offense: ASSAULT ON A FEMALE
Offense Degree: Other (Please Specify)
Offense Date: 06/13/1997
Disposition: GUILTY ON 07/10/1997
Disposition Date: 12/10/1998
ID Number: BGC-191083672
Prison Time Sentenced: 30 DAYS
County: North Carolina
Case Comments: Offense Modifier: CONVICTED Case Year: 1997 Case Sequence: 017423 Case Type: CR Offense Class: A1 Count: 01 Credit For Time Served: 0000 Special Probation: 0000 Sentence Type: COMMUNITY PUNISHMENT Statute: 14-33(C)(2) Offense Date: 1997-06-13 Statute: 14-33(C)(2) Jurisdiction: North Carolina Admin Office of Courts Source: BGCD
Probation Time Sentenced: 12 MONTHS
Result Date: 2015-02-16
Disposition Comments: NOT ASSAULT, THREATEN OR HARAS
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 613
Search Type: Statewide Criminal
Sentence Information
Court Costs: 65.00

Fine: 100.00
BREAKING OR ENTERING (M)

File Date: 01/11/2012
State Of Record: NC

Case #: 12CR 050298

Offense: BREAKING OR ENTERING (M)
Offense Degree: Other (Please Specify)
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 07/24/2012
ID Number: BGC-191083672
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by Judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefenseAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M BREAKING OR ENTERING (M) 14-54(B) Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN/ 101012-SENTENCE IS ACTIVATED, 15 DA; YS ACTIVE, ZERO CREDIT; Source: NC
Jail Time Sentenced: 15 DAYS
Result Date: 2015-02-16
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

INJURY TO REAL PROPERTY

File Date: 01/11/2012
State Of Record: NC

Case #: 12CR 050298

Offense: INJURY TO REAL PROPERTY
Offense Degree: Other (Please Specify)
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 07/24/2012
ID Number: BGC-191083672
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by Judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefenseAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INJURY TO REAL PROPERTY 14-127 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Consolidated For Judgement: 12CR 050298 01 Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN Source: NC
Jail Time Sentenced: -
Result Date: 2015-02-16
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

INTERFERING WITH EMREGENCY COMMUNICATION

File Date: 01/11/2012
State Of Record: NC

Case #: 12CR 0S0298

Offense: INTERFERING WITH EMREGENCY COMMUNICATION
Offense Degree: Other (Please Specify)
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 07/24/2012
ID Number: BGC-191083672
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefenseAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INTERFERING W/ EMERGENCY COMMUNICATION 14-286.2 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Consolidated For Judgement: 12CR 050298 01 Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN Source: NC
Jail Time Sentenced: -
Result Date: 2015-02-16
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

COMMUNICATING THREATS

File Date: 04/04/2012
State Of Record: NC

Case #: 12CR 053118

Offense: COMMUNICATING THREATS
Offense Degree: Other (Please Specify)
Offense Date: 04/03/2012

Disposition: GUILTY ON 09/07/2012
Disposition Date: 09/07/2012
ID Number: BGC-191083672
County: North Carolina
Case Comments: PROCESS TYPE: WARRANT METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20120907 Trial Session: AM DefensevAttorney: HOWARD,MARLON Defense Attorney Type: R Charged Offense: M COMMUNICATING THREATS 14-277.1 Complainant: BELL,TEKOA,R Issued Date: 20120404 Served Date: 20120404 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 03 Restitution: Judge: BCW Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Domestic Violence Conviction Flag: N Special Conditions: NO CONTACT WITH VICTIM(TEKOA BELL)/WAIVES RIGHT TO APPEAL/ Source: NC
Jail Time Sentenced: 20 DAYS
Result Date: 2015-02-16
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

  BREAKING OR ENTERING (M)                                                                                          RECORD 13 – CHARGE 6
File Date: 08/15/2012
State Of Record: NC                                                   Case #: 12CRS050298
Offense: BREAKING OR ENTERING (M)
Offense Degree: Misdemeanor
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 10/09/2012
ID Number: BGC-191083672
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M BREAKING OR ENTERING (M) 14-54(B) Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0664124A Domestic Violence Conviction Flag: N Source: NC
Jail Time Sentenced: –
Result Date: 2015-02-16
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

  COMMUNICATING THREATS                                                                                             RECORD 13 – CHARGE 7
File Date: 06/18/2012
State Of Record: NC                                                   Case #: 12CR 055879
Offense: COMMUNICATING THREATS
Offense Degree: Other (Please Specify)
Offense Date: 06/18/2012
Disposition: GUILTY ON 03/04/2013GUILTY ON 03/04/2013
Disposition Date: 03/04/2013
ID Number: BGC-191083672
County: North Carolina
Case Comments: PROCESS TYPE: CRIMINAL SUM METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20130304 Trial Session: AM DefensevAttorney: UNK Defense Attorney Type: A Charged Offense: M COMMUNICATING THREATS 14-277.1 Complainant: WILLIAMS,TERRENCE Issued Date: 20120618 Served Date: 20120624 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 05 Restitution: Judge: MHM Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Domestic Violence Conviction Flag: N Special Conditions: NOT BE FOUND ON THE PREMISES OF TERRENCE WILLIAMS, NOT; ASSAULT THREATEN HARASS TERRENCE WILLIAMS; Source: NC
Jail Time Sentenced: 30 DAYS
Result Date: 2015-02-16
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

ALLEN, DERRICK M                                                      RECORD 14 OF 17

Last Name: Allen
First Name: Derrick
Middle Name: M
DOB: 10/29/1978
Record Type: Criminal
State Of Record: NC
Database: P.R.I.O.R.S.
  BREAKING OR ENTERING (M)                                                                                          RECORD 14 – CHARGE 1
File Date: 01/11/2012
State Of Record: NC                                                   Case #: 12CR 050298
Offense: BREAKING OR ENTERING (M)
Offense Degree: Other (Please Specify)

Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 07/24/2012
ID Number: BGC-271724259
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M BREAKING OR ENTERING (M) 14-54(B) Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN/ 101012-SENTENCE IS ACTIVATED, 15 DA; YS ACTIVE, ZERO CREDIT; Source: NC
Jail Time Sentenced: 15 DAYS
Result Date: 2016-09-08
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

ASSAULT ON A FEMALE                                                                                    RECORD 14 – CHARGE 2
File Date: 06/13/1997
State Of Record: NC                                           Case #: 01310DURHAM1997CR017423
Offense: ASSAULT ON A FEMALE
Offense Degree: Other (Please Specify)
Offense Date: 06/13/1997
Disposition: GUILTY ON 07/10/1997
ID Number: BGC-271724259
Prison Time Sentenced: 30D
County: North Carolina
Case Comments: Offense Modifier: CONVICTED Case Year: 1997 Case Sequence: 017423 Case Type: CR Offense Class: A1 Count: 01 Credit For Time Served: 0000 Special Probation: 0000 Sentence Type: COMMUNITY PUNISHMENT Statute: 14-33(C)(2) Offense Date: 1997-06-13 Statute: 14-33(C)(2) Jurisdiction: North Carolina Admin Office of Courts Source: BGCD
Probation Time Sentenced: 12 MONTHS
Result Date: 2016-09-08
Disposition Comments: NOT ASSAULT, THREATEN OR HARAS
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 613
Search Type: Statewide Criminal
Sentence Information
Court Costs: 65.00
Fine: 100.00

COMMUNICATING THREATS                                                                                 RECORD 14 – CHARGE 3
File Date: 04/04/2012
State Of Record: NC                                          Case #: 12CR 053118
Offense: COMMUNICATING THREATS
Offense Degree: Other (Please Specify)
Offense Date: 04/03/2012
Disposition: GUILTY ON 09/07/2012
Disposition Date: 09/07/2012
ID Number: BGC-271724259
County: North Carolina
Case Comments: PROCESS TYPE: WARRANT METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20120907 Trial Session: AM DefensevAttorney: HOWARD,MARLON Defense Attorney Type: R Charged Offense: M COMMUNICATING THREATS 14-277.1 Complainant: BELL,TEKOA,R Issued Date: 20120404 Served Date: 20120404 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 03 Restitution: Judge: BCW Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Domestic Violence Conviction Flag: N Special Conditions: NO CONTACT WITH VICTIM(TEKOA BELL)/WAIVES RIGHT TO APPEAL; Source: NC
Jail Time Sentenced: 20 DAYS
Result Date: 2016-09-08
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

INJURY TO REAL PROPERTY                                                                               RECORD 14 – CHARGE 4
File Date: 01/11/2012
State Of Record: NC                                          Case #: 12CR 050298
Offense: INJURY TO REAL PROPERTY
Offense Degree: Other (Please Specify)
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 07/24/2012
ID Number: BGC-271724259
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INJURY

TO REAL PROPERTY 14-127 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Consolidated For Judgement: 12CR 050298 01 Appealed To Superior Court: 072612 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN Source: NC

Jail Time Sentenced: –

Result Date: 2016-09-08

Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105

Search Type: Statewide Criminal

INJURY TO REAL PROPERTY                                                                                                    RECORD 14 – CHARGE 5

File Date: 08/15/2012

State Of Record: NC                                                      Case #: 12CRS050298

Offense: INJURY TO REAL PROPERTY

Offense Degree: Misdemeanor

Offense Date: 01/11/2012

Disposition: GUILTY ON 07/24/2012

Disposition Date: 10/09/2012

ID Number: BGC-271724259

County: North Carolina

Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INJURY TO REAL PROPERTY 14-127 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge: MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC

Jail Time Sentenced: –

Result Date: 2016-09-08

Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105

Search Type: Statewide Criminal

INTERFERING W/ EMERGENCY COMMUNICATION                                                          RECORD 14 – CHARGE 6

File Date: 08/15/2012

State Of Record: NC                                                      Case #: 12CRS050298

Offense: INTERFERING W/ EMERGENCY COMMUNICATION

Offense Degree: Misdemeanor

Offense Date: 01/11/2012

Disposition: GUILTY ON 07/24/2012

Disposition Date: 10/09/2012

ID Number: BGC-271724259

County: North Carolina

Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INTERFERING W/ EMERGENCY COMMUNICATION 14-286.2 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC

Jail Time Sentenced: –

Result Date: 2016-09-08

Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105

Search Type: Statewide Criminal

INTERFERING WITH EMREGENCY COMMUNICATION                                                        RECORD 14 – CHARGE 7

File Date: 01/11/2012

State Of Record: NC                                                      Case #: 12CR 050298

Offense: INTERFERING WITH EMREGENCY COMMUNICATION

Offense Degree: Other (Please Specify)

Offense Date: 01/11/2012

Disposition: GUILTY ON 07/24/2012

Disposition Date: 07/24/2012

ID Number: BGC-271724259

County: North Carolina

Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INTERFERING W/ EMERGENCY COMMUNICATION 14-286.2 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Consolidated For Judgement: 12CR 050298 01 Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN Source: NC

Jail Time Sentenced: –

Result Date: 2016-09-08

Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105

Search Type: Statewide Criminal

BREAKING OR ENTERING (M)                                                                                         RECORD 14 – CHARGE 8

File Date: 08/15/2012
State Of Record: NC

Case #: 12CR5050298

Offense: BREAKING OR ENTERING (M)
Offense Degree: Misdemeanor
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 10/09/2012
ID Number: BGC-271724259
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM DefenseAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M BREAKING OR ENTERING (M) 14-54(B) Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC
Jail Time Sentenced: -
Result Date: 2016-09-08
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

  COMMUNICATING THREATS

RECORD 14 – CHARGE 9

File Date: 06/18/2012
State Of Record: NC

Case #: 12CR 055879

Offense: COMMUNICATING THREATS
Offense Degree: Other (Please Specify)
Offense Date: 06/18/2012
Disposition: GUILTY ON 03/04/2013
Disposition Date: 03/04/2013
ID Number: BGC-271742259
County: North Carolina
Case Comments: PROCESS TYPE: CRIMINAL SUM METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20130304 Trial Session: AM DefenseAttorney: UNK Defense Attorney Type: A Charged Offense: M COMMUNICATING THREATS 14-277.1 Complainant: WILLIAMS,TERRENCE Issued Date: 20120618 Served Date: 20120624 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 05 Restitution: Judge: MHM Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Domestic Violence Conviction Flag: N Special Conditions: NOT BE FOUND ON THE PREMISES OF TERRENCE WILLIAMS, NOT; ASSAULT THREATEN HARASS TERRENCE WILLIAMS; Source: NC
Jail Time Sentenced: 30 DAYS
Result Date: 2016-09-08
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal


ALLEN, DERRICK MICHAEL

RECORD 15 OF 17

Last Name: Allen
First Name: Derrick
Middle Name: Michael
DOB: 10/29/1978
Record Type: Criminal
State Of Record: NC
Database: P.R.I.O.R.S.

  INTERFERING WITH EMREGENCY COMMUNICATION

RECORD 15 – CHARGE 1

File Date: 01/11/2012
State Of Record: NC

Case #: 12CR 050298

Offense: INTERFERING WITH EMREGENCY COMMUNICATION
Offense Degree: Other (Please Specify)
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 07/24/2012
ID Number: BGC-278636180
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefenseAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INTERFERING W/ EMERGENCY COMMUNICATION 14-286.2 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Consolidated For Judgement: 12CR 050298 01 Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN Source: NC
Jail Time Sentenced: -
Result Date: 2016-10-14
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105

Search Type: Statewide Criminal

BREAKING OR ENTERING (M)                                                                    RECORD 15 – CHARGE 2

File Date: 01/11/2012

State Of Record: NC                                                      Case #: 12CR 050298

Offense: BREAKING OR ENTERING (M)

Offense Degree: Other (Please Specify)

Offense Date: 01/11/2012

Disposition: GUILTY ON 07/24/2012

Disposition Date: 07/24/2012

ID Number: BGC-278636180

County: North Carolina

Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefenseAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M BREAKING OR ENTERING (M) 14-54(B) Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN/ 101012-SENTENCE IS ACTIVATED, 15 DA; YS ACTIVE, ZERO CREDIT; Source: NC

Jail Time Sentenced: 15 DAYS

Result Date: 2016-10-14

Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 110S

Search Type: Statewide Criminal

INJURY TO REAL PROPERTY                                                                    RECORD 15 – CHARGE 3

File Date: 01/11/2012

State Of Record: NC                                                      Case #: 12CR 050298

Offense: INJURY TO REAL PROPERTY

Offense Degree: Other (Please Specify)

Offense Date: 01/11/2012

Disposition: GUILTY ON 07/24/2012

Disposition Date: 07/24/2012

ID Number: BGC-278636180

County: North Carolina

Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefenseAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INJURY TO REAL PROPERTY 14-127 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Consolidated For Judgement: 12CR 050298 01 Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN Source: NC

Jail Time Sentenced: –

Result Date: 2016-10-14

Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 110S

Search Type: Statewide Criminal

BREAKING OR ENTERING (M)                                                                    RECORD 15 – CHARGE 4

File Date: 08/15/2012

State Of Record: NC                                                      Case #: 12CRS050298

Offense: BREAKING OR ENTERING (M)

Offense Degree: Misdemeanor

Offense Date: 01/11/2012

Disposition: GUILTY ON 07/24/2012

Disposition Date: 10/09/2012

ID Number: BGC-278636180

County: North Carolina

Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM DefenseAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M BREAKING OR ENTERING (M) 14-54(B) Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC

Jail Time Sentenced: –

Result Date: 2016-10-14

Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 110S

Search Type: Statewide Criminal

COMMUNICATING THREATS                                                                    RECORD 15 – CHARGE 5

File Date: 06/18/2012

State Of Record: NC                                                      Case #: 12CR 055879

Offense: COMMUNICATING THREATS

Offense Degree: Other (Please Specify)

Offense Date: 06/18/2012

Disposition: GUILTY ON 03/04/2013

Disposition Date: 03/04/2013
ID Number: BGC-278636180
County: North Carolina
Case Comments: PROCESS TYPE: CRIMINAL SUM METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20150304 Trial Session: AM DefensevAttorney: UNK Defense Attorney Type: A Charged Offense: M COMMUNICATING THREATS 14-277.1 Complainant: WILLIAMS,TERRENCE Issued Date: 20120618 Served Date: 20120624 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 05 Restitution: Judge: MRM Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Domestic Violence Conviction Flag: N Special Conditions: NOT BE FOUND ON THE PREMISES OF TERRENCE WILLIAMS, NOT; ASSAULT THREATEN HARASS TERRENCE WILLIAMS; Source: NC
Jail Time Sentenced: 30 DAYS
Result Date: 2016-10-14
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

ASSAULT ON A FEMALE                                                                                    RECORD 15 – CHARGE 6
File Date: 06/13/1997
State Of Record: NC                                             Case #: 01310DURHAM1997CR017423
Offense: ASSAULT ON A FEMALE
Offense Degree: Other (Please Specify)
Offense Date: 06/13/1997
Disposition: GUILTY ON 07/10/1997
ID Number: BGC-278636180
Prison Time Sentenced: 30D
County: North Carolina
Case Comments: Offense Modifier: CONVICTED Case Year: 1997 Case Sequence: 017423 Case Type: CR Offense Class: A1 Count: 01 Credit For Time Served: 0000 Special Probation: 0000 Sentence Type: COMMUNITY PUNISHMENT Statute: 14-33(C)(2) Offense Date: 1997-06-13 Statute: 14-33(C)(2) Jurisdiction: North Carolina Admin Office of Courts Source: BGCD
Probation Time Sentenced: 12 MONTHS
Result Date: 2016-10-14
Disposition Comments: NOT ASSAULT, THREATEN OR HARAS
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 613
Search Type: Statewide Criminal
Sentence Information
Court Costs: 65.00
Fine: 100.00

COMMUNICATING THREATS                                                                                  RECORD 15 – CHARGE 7
File Date: 04/04/2012
State Of Record: NC                                             Case #: 12CR 053116
Offense: COMMUNICATING THREATS
Offense Degree: Other (Please Specify)
Offense Date: 04/03/2012
Disposition: GUILTY ON 09/07/2012
Disposition Date: 09/07/2012
ID Number: BGC-278636180
County: North Carolina
Case Comments: PROCESS TYPE: WARRANT METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20120907 Trial Session: AM DefensevAttorney: HOWARD,MARLON Defense Attorney Type: R Charged Offense: M COMMUNICATING THREATS 14-277.1 Complainant: BELL,TEKOA,R Issued Date: 20120404 Served Date: 20120404 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 00 Restitution: Judge: BCW Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Domestic Violence Conviction Flag: N Special Conditions: NO CONTACT WITH VICTIM(TEKOA BELL)/WAIVES RIGHT TO APPEAL/ Source: NC
Jail Time Sentenced: 20 DAYS
Result Date: 2016-10-14
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

INJURY TO REAL PROPERTY                                                                                RECORD 15 – CHARGE 8
File Date: 08/15/2012
State Of Record: NC                                             Case #: 12CRS050298
Offense: INJURY TO REAL PROPERTY
Offense Degree: Misdemeanor
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 10/09/2012
ID Number: BGC-278636180
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INJURY TO REAL PROPERTY 14-127 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit:

YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC
Jail Time Sentenced: –
Result Date: 2016-10-14
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

INTERFERING W/ EMERGENCY COMMUNICATION            RECORD 15 – CHARGE 9
File Date: 08/15/2012
State Of Record: NC          Case #: 12CRS050298
Offense: INTERFERING W/ EMERGENCY COMMUNICATION
Offense Degree: Misdemeanor
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 10/09/2012
ID Number: BGC-278636180
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INTERFERING W/ EMERGENCY COMMUNICATION 14-286.2 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC
Jail Time Sentenced: –
Result Date: 2016-10-14
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

ALLEN, DERRICK MIKE            RECORD 16 OF 17

Last Name: ALLEN          Sex: MALE
First Name: DERRICK          Race: BLACK
Middle Name: MIKE
DOB: 10/29/1978
Address Information
613 RAYNOR ST APT C, DURHAM NC
Record Type: Criminal
State Of Record: NC
Jurisdiction: DURHAM

ASSAULT ON A FEMALE            RECORD 16 – CHARGE 1
State Of Record: NC          Case #: 01310DURHAM1997CR017423
Offense: ASSAULT ON A FEMALE
Offense Degree: MISDEMEANOR
Offense Date: 06/13/1997
Statute: 14-33(C)(2)
Plea: GUILTY
Disposition: JUDGE (TRIAL BY JUDGE OR GUILTY PLEA BEFORE JUDGE AT DISTRICT COURT LEVEL, GUILTY PLEA AT SUPERIOR COURT LEVEL)
Disposition Date: 07/10/1997
Verdict: GUILTY
Offense Modifier: CONVICTED
Case Year: 1997
County: DURHAM
Case Sequence: 017423
Case Type: CR
Offense Class: A1
Min Sentence: 030 Days
Probation Time Sentenced: 012 Months
Special Condition: NOT ASSAULT, THREATEN OR HARASS LAVERNE VALADEZ. ENROLL IN SCHOOL & GET GED
Count: 01
Trial Date: 1998-12-10
Credit For Time Served: 0000
Special Probation: 0000
Sentence Type: COMMUNITY PUNISHMENT
Sentence Information
Court Costs: 65.00
Fine: 100.00

ALLEN, DERRICK            RECORD 17 OF 17

Last Name: ALLEN
First Name: DERRICK
Alias: DERRICK M ALLEN
Alias: DERRICK MIKE ALLEN
DOB: 10/29/1978

Sex: MALE
Race: BLACK
Eyes: BROWN
Hair: BLACK
Height: 5'11"
Weight: 155

Address Information
1931 HOLLOWAY ST, DURHAM NC 27703
Record Type: SexOff
State Of Record: NC
Database: North Carolina Sex Offender Registry
  UNSPECIFIED                                                                                    RECORD 17 – CHARGE 1
State Of Record: NC
Offense: UNSPECIFIED
Registration Type: R
Doc Number: 0511314

---

## PREMIUM NATIONAL CIVIL COURT RECORDS SEARCH

| REQUEST DATE | COMPLETED | STATUS |
|---|---|---|
| 06/05/2019 10:29 AM | 06/05/2019 10:29 AM | Meets Property Requirements |
| | | No Civil Court Records Found |

---

## RENTAL HISTORY SEARCH

| REQUEST DATE | COMPLETED | STATUS |
|---|---|---|
| 06/05/2019 10:29 AM | 06/05/2019 10:29 AM | Meets Property Requirements |
| | | No Records Found |

Powered by 

---

## OFAC/SDN SEARCH

| REQUEST DATE | COMPLETED | STATUS |
|---|---|---|
| 06/05/2019 10:29 AM | 06/05/2019 10:29 AM | No Records Found |

Database(s) Searched:   US Treasury Department – OFAC – SDN & Blocked Persons

**CUSTOMER ACKNOWLEDGEMENT**

Your use of the information in this report is strictly subject to the terms of your screening agreement with RentGrow and all applicable laws and regulations, including the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"). Any credit, criminal, civil or rental history information about the individual to whom this tenant screening report pertains was obtained from public records or third-party consumer reporting agencies. RentGrow, Inc. follows reasonable procedures to assure maximum possible accuracy of the information in this report but cannot guarantee the accuracy or truthfulness of the records. RentGrow will suppress information that the applicant disputes as inaccurate or incomplete, and will notify you of the results of any dispute.

RentGrow does not manage or rent properties, does not set applicant eligibility criteria, and does not make rental decisions. All eligibility criteria are set, and all rental decisions are made, by the responsible property manager or owner.

Processing Information
DATE ENTERED: 06/05/2019 10:29 AM
INPUT BY: wirizarry
POLICY: CHAH23

## Screening Report - Derrick M Allen

Lenox at Patterson Place (R4217)

### Property Screening Result

Application Result: REJECT

### Applicant Information

NAME: Derrick M Allen
SSN: XXX-XX-1544
DOB: 10/29/1978
CURRENT ADDRESS:110 North Goley ST Apt unit , Durham , NC 27703

### Additional Applicant Information

### Residence History

This applicant has rented or owned
TIME AT CURRENT ADDRESS:3 year 11 month

### Employment/Income

PRIMARY INCOME:$ 2080 per month
PROPOSED RENT:$986
RENT/INCOME:24%
TIME AT CURRENT JOB:0 year 0 month
Additional Income :
  • Other: $2000 per month

### VERIFICATION RESULTS

HOUSING VERIFICATION: Meets Property Requirements
EMPLOYMENT VERIFICATION: Meets Property Requirements

### Individual Result

REJECT

### Additional Information

#### Reasons for Result
  • Severe Level of Collection Items
  • Minor level of late credit payments

#### Items to review
  • Consumer Dispute Completed
  • Premium National Criminal Records Found

| SERVICE | REQUEST DATE | COMPLETED DATE | STATUS |
|---|---|---|---|
| Credit Report | 06/05/2019 10:29 AM | 06/05/2019 10:29 AM | Complete |
| Criminal Search | 06/05/2019 10:29 AM | 06/05/2019 12:21 PM | Dispute Completed<br>Meets Property Requirements<br>No National Sex Offender Records Found<br>Criminal Records Found |
| Premium National Civil Court Records Search | 06/05/2019 10:29 AM | 06/05/2019 10:29 AM | Meets Property Requirements<br>No Civil Court Records Found |
| Rental History Search | 06/05/2019 10:29 AM | 06/05/2019 10:29 AM | Meets Property Requirements<br>No Records Found |
| OFAC Name Search | 06/05/2019 10:29 AM | 06/05/2019 10:29 AM | No Matches Found |

### EXPERIAN CREDIT REPORT

#### PERSONAL INFORMATION

Name: DERRICK M ALLEN
Also Known As: DERRICK M ALLEN SR
Also Known As: DERRICK MIKE ALLEN
Date of Birth: 10/29/1978

| PRIMARY ADDRESS | | OTHER ADDRESSES | |
|---|---|---|---|
| Address: | 1011 CAMDEN AV APT 1A<br>DURHAM NC 27701-1482 | Address: | PO BOX 11793<br>DURHAM NC 27703-0793 |
| Filed: | 12/6/2014 | Filed: | 12/7/2012 |
| | | Address: | PO BOX 1094<br>DURHAM NC 27702-1094 |
| | | Filed: | 07/10/2015 |

#### EMPLOYMENT

| Company: | MARCOS PIZZA |
|---|---|
| Title: | reported 01-01-2016 |
| Company: | LYNNWOOD BREWING CONCERN |
| Title: | reported 06-02-2019 |

CHECKPOINT MESSAGES

0084 SSN MATCHES
SSN issued between 1978 and 1980

## TRADE REFERENCES

### FIRST PREMIER BANK (Sub# 1210189)

| | | | | Responsibility: Individual | | |
|---|---|---|---|---|---|---|
| Current Balance: | $434 | Credit Limit: | $300 | | Date Opened: | 09/28/2015 |
| Past Due Amount: | $434 | High Balance: | n/a | | Last Active On: | 04/15/2016 |
| Monthly Payment: | n/a | Acct. Terms: | REV | | Date Updated: | n/a |
| | | | | | Balance Date: | 05/5/2019 |

**Late Payments over the last 44 months :**

1 payment over 30 days late; 1 payment over 60 days late; 1 payment over 90 days late;

| 2019 | | | | | 2018 | | | | | | | | | | | 2017 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN |

Delinquencies: Max: $434; on 05/1/2019
Previous: on 05/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 90 days
FCBA - disputed account
Balance charged to loss

### SANTANDER CONSUMER USA (Sub# 0507170)

| | | | | Responsibility: Individual | | |
|---|---|---|---|---|---|---|
| Current Balance: | $2,797 | Credit Limit: | $20,262 | | Date Opened: | 01/1/2016 |
| Past Due Amount: | $2,797 | High Balance: | n/a | | Last Active On: | 09/12/2017 |
| Monthly Payment: | n/a | Acct. Terms: | 074 | | Date Updated: | n/a |
| | | | | | Balance Date: | 04/30/2019 |

**Late Payments over the last 40 months :**

1 payment over 30 days late; 1 payment over 60 days late; 1 payment over 90 days late;

| 2019 | | | | | 2018 | | | | | | | | | | | 2017 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 90 |
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |

Delinquencies: Max: $20,902; on 04/1/2019
Previous: on 04/1/2019
Previous: on 03/1/2019

Remarks: Acct delinquent 90 days
Balance charged to loss

### CHILD SUPPORT ENF AG/N (Sub# 1904570)

| | | | | Responsibility: Individual | | |
|---|---|---|---|---|---|---|
| Account type: Child support | | | | | | |
| Current Balance: | $50 | Credit Limit: | n/a | | Date Opened: | 02/1/2016 |
| Past Due Amount: | $780 | High Balance: | n/a | | Last Active On: | 06/1/2017 |
| Monthly Payment: | n/a | Acct. Terms: | REV | | Date Updated: | n/a |
| | | | | | Balance Date: | 10/1/2018 |

| | | | | 2018 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | OK | | | | | | | |
| | | | | OCT | | | | | | | |

Delinquencies: Max: on 10/1/2018
Previous: on 10/1/2018

Remarks: Attorney or outside agency account

### SYNCB/CARE CREDIT (Sub# 1476770)

| | | | | Responsibility: Individual | | |
|---|---|---|---|---|---|---|
| Account type: Charge | | | | | | |
| Current Balance: | $0 | Credit Limit: | $800 | | Date Opened: | 10/30/2015 |
| Past Due Amount: | n/a | High Balance: | n/a | | Last Active On: | 02/24/2017 |
| Monthly Payment: | n/a | Acct. Terms: | REV | | Date Updated: | n/a |
| | | | | | Balance Date: | 10/23/2017 |

**Late Payments over the last 25 months :**

2 payments over 30 days late;  3 payments over 90 days late;



| | 2017 | | | | | | | | | | | 2016 | | | | | | | | | | 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | 150 | 120 | 90 | 90 | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |

Delinquencies: Max: $1,353; on 09/1/2017
Previous: on 09/1/2017
Previous: on 08/1/2017

Remarks: Balance charged to loss
Transferred to another lender
Account closed

---

**SYNCB/BELK (Sub# 1303000)**

| | | | | |
|---|---|---|---|---|
| Account type: Charge | | Responsibility: Individual | | |
| Current Balance: | $0 | Credit Limit: | $0 | Date Opened: | 11/8/2015 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 08/27/2016 |
| Monthly Payment: | n/a | Acct. Terms: | REV | Date Updated: | n/a |
| | | | | Balance Date: | 09/11/2017 |

**Late Payments over the last 24 months :**

1 payment over 30 days late;  1 payment over 60 days late;  4 payments over 90 days late;

| | 2017 | | | | | | | | | | | 2016 | | | | | | | | | | 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 150 | 120 | 90 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK |
| SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |

Delinquencies: Max: $512; on 08/1/2017
Previous: on 08/1/2017
Previous: on 07/1/2017

Remarks: Balance charged to loss
Transferred to another lender
Account closed

---

**CREDIT ONE BANK NA (Sub# 3278143)**

| | | | | |
|---|---|---|---|---|
| Account type: Credit card | | Responsibility: Individual | | |
| Current Balance: | $0 | Credit Limit: | $400 | Date Opened: | 12/8/2015 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 07/15/2016 |
| Monthly Payment: | n/a | Acct. Terms: | REV | Date Updated: | n/a |
| | | | | Balance Date: | 04/7/2017 |

**Late Payments over the last 17 months :**

2 payments over 30 days late;  2 payments over 60 days late;  4 payments over 90 days late;

| | 2017 | | | | | | | | | | 2016 | | | | | | | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | 180 | 150 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | 60 | 30 | OK | OK | OK |
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |

Delinquencies: Max: $828; on 03/1/2017
Previous: on 03/1/2017
Previous: on 02/1/2017

Remarks: Balance charged to loss
Transferred to another lender
Account closed

---

**SELF-HELP CREDIT UNION (Sub# 1487830)**

| | | | | |
|---|---|---|---|---|
| Account type: Secured | | Responsibility: Individual | | |
| Current Balance: | $0 | Credit Limit: | $3,000 | Date Opened: | 09/18/2014 |
| Past Due Amount: | n/a | High Balance: | n/a | Last Active On: | 02/11/2015 |
| Monthly Payment: | n/a | Acct. Terms: | 024 | Date Updated: | n/a |
| | | | | Balance Date: | 02/28/2015 |

| | 2015 | | | | 2014 | | |
|---|---|---|---|---|---|---|---|
| | OK | | OK | | OK | | OK | | OK | | OK |

| | FEB | JAN | DEC | NOV | OCT | SEP |
|---|---|---|---|---|---|---|

Remarks: Current account
Paid account/zero balance

## WELLS FARGO BANK (Sub# 3270180)

| Account type: Credit line secured | | | | Responsibility: Individual | | |
|---|---|---|---|---|---|---|
| Current Balance: | $0 | | Credit Limit: | $300 | Date Opened: | 10/28/2014 |
| Past Due Amount: | n/a | | High Balance: | $491 | Last Active On: | 12/31/2014 |
| Monthly Payment: | n/a | | Acct. Terms: | REV | Date Updated: | n/a |
| | | | | | Balance Date: | 02/4/2015 |

| | 2015 | | | | 2014 | |
|---|---|---|---|---|---|---|
| | OK | | OK | | OK | OK |
| | FEB | | JAN | | DEC | NOV |

Remarks: Current account
Credit line closed - grantor's request
Paid account/zero balance

## SUNTRUST BANK (Sub# 1182201)

| Account type: Auto loan | | | | Responsibility: Joint | | |
|---|---|---|---|---|---|---|
| Current Balance: | $0 | | Credit Limit: | $13,860 | Date Opened: | 09/23/2013 |
| Past Due Amount: | n/a | | High Balance: | n/a | Last Active On: | 06/21/2014 |
| Monthly Payment: | n/a | | Acct. Terms: | 072 | Date Updated: | n/a |
| | | | | | Balance Date: | 06/21/2014 |

| | | 2014 | | | | | 2013 | | |
|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | |
| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | |

Remarks: Current account
Paid account/zero balance

## DEPT OF EDUCATION/NELN (Sub# 1884330)

| Account type: Educational | | | | Responsibility: Individual | | |
|---|---|---|---|---|---|---|
| Current Balance: | $2,406 | | Credit Limit: | $2,250 | Date Opened: | 03/12/2015 |
| Past Due Amount: | $76 | | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $25 | | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | | Balance Date: | 04/30/2019 |

**Late Payments over the last 50 months :**

7 payments over 90 days late;

| 2019 | | | | 2018 | | | | | | | | | | 2017 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | OK | OK | OK | OK | OK | OK | 180 | 180 | 180 | 150 | 120 | 90 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 120d - now 30, 60 or 90
Open

## DEPT OF EDUCATION/NELN (Sub# 1884330)

| Account type: Educational | | | | Responsibility: Individual | | |
|---|---|---|---|---|---|---|
| Current Balance: | $3,606 | | Credit Limit: | $3,000 | Date Opened: | 03/12/2015 |
| Past Due Amount: | $114 | | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $38 | | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | | Balance Date: | 04/30/2019 |

**Late Payments over the last 50 months :**

7 payments over 90 days late;

| 2019 | | | | 2018 | | | | | | | | | | 2017 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | OK | OK | OK | OK | OK | OK | 180 | 180 | 180 | 150 | 120 | 90 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

4

APR MAR FEB JAN    DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN    DEC NOV OCT SEP AUG JUL JUN MAY

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 120d - now 30, 60 or 90
Open

---

**DEPT OF EDUCATION/NELN (Sub# 1884330)**

| Account type: Educational | | Responsibility: Individual | |
|---|---|---|---|
| Current Balance: | $1,639 | Credit Limit: | $1,533 |
| Past Due Amount: | $51 | High Balance: | n/a |
| Monthly Payment: | $17 | Acct. Terms: | 120 |

| | Date Opened: | 06/19/2015 |
|---|---|---|
| | Last Active On: | n/a |
| | Date Updated: | n/a |
| | Balance Date: | 04/30/2019 |

**Late Payments over the last 47 months :**

7 payments over 90 days late;

| 2019 | 2018 | 2017 |
|---|---|---|



APR MAR FEB JAN    DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN    DEC NOV OCT SEP AUG JUL JUN MAY

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 120d - now 30, 60 or 90
Open

---

**DEPT OF EDUCATION/NELN (Sub# 1884330)**

| Account type: Educational | | Responsibility: Individual | |
|---|---|---|---|
| Current Balance: | $3,061 | Credit Limit: | $2,575 |
| Past Due Amount: | $96 | High Balance: | n/a |
| Monthly Payment: | $32 | Acct. Terms: | 120 |

| | Date Opened: | 06/19/2015 |
|---|---|---|
| | Last Active On: | n/a |
| | Date Updated: | n/a |
| | Balance Date: | 04/30/2019 |

**Late Payments over the last 47 months :**

7 payments over 90 days late;

| 2019 | 2018 | 2017 |
|---|---|---|



APR MAR FEB JAN    DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN    DEC NOV OCT SEP AUG JUL JUN MAY

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 120d - now 30, 60 or 90
Open

---

**DEPT OF EDUCATION/NELN (Sub# 1884330)**

| Account type: Educational | | Responsibility: Individual | |
|---|---|---|---|
| Current Balance: | $2,393 | Credit Limit: | $2,250 |
| Past Due Amount: | $74 | High Balance: | n/a |
| Monthly Payment: | $24 | Acct. Terms: | 120 |

| | Date Opened: | 09/14/2015 |
|---|---|---|
| | Last Active On: | n/a |
| | Date Updated: | n/a |
| | Balance Date: | 04/30/2019 |

**Late Payments over the last 44 months :**

7 payments over 90 days late;

| 2019 | 2018 | 2017 |
|---|---|---|



APR MAR FEB JAN    DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN    DEC NOV OCT SEP AUG JUL JUN MAY

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 120d - now 30, 60 or 90
Open

## DEPT OF EDUCATION/NELN (Sub# 1884330)

| Account type: Educational | | Responsibility: Individual | | |
|---|---|---|---|---|
| Current Balance: | $3,486 | Credit Limit: | $3,000 | Date Opened: | 09/14/2015 |
| Past Due Amount: | $108 | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $36 | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | Balance Date: | 04/30/2019 |

**Late Payments over the last 44 months :**

7 payments over 90 days late;

| 2019 | | | | 2018 | | | | | | | | | | | | 2017 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | OK | OK | OK | OK | OK | OK | 180 | 180 | 180 | 150 | 120 | 90 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 120d - now 30, 60 or 90
Open

## DEPT OF EDUCATION/NELN (Sub# 1884330)

| Account type: Educational | | Responsibility: Individual | | |
|---|---|---|---|---|
| Current Balance: | $2,393 | Credit Limit: | $2,250 | Date Opened: | 02/16/2016 |
| Past Due Amount: | $74 | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $24 | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | Balance Date: | 04/30/2019 |

**Late Payments over the last 39 months :**

7 payments over 90 days late;

| 2019 | | | | 2018 | | | | | | | | | | | | 2017 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | OK | OK | OK | OK | OK | OK | 180 | 180 | 180 | 150 | 120 | 90 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 120d - now 30, 60 or 90
Open

## DEPT OF EDUCATION/NELN (Sub# 1884330)

| Account type: Educational | | Responsibility: Individual | | |
|---|---|---|---|---|
| Current Balance: | $3,406 | Credit Limit: | $3,000 | Date Opened: | 02/16/2016 |
| Past Due Amount: | $106 | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $35 | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | Balance Date: | 04/30/2019 |

**Late Payments over the last 39 months :**

7 payments over 90 days late;

| 2019 | | | | 2018 | | | | | | | | | | | | 2017 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | OK | OK | OK | OK | OK | OK | 180 | 180 | 180 | 150 | 120 | 90 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 120d - now 30, 60 or 90
Open

## DEPT OF EDUCATION/NELN (Sub# 1884330)

| Account type: Educational | | Responsibility: Individual | | |
|---|---|---|---|---|
| Current Balance: | $2,375 | Credit Limit: | $2,250 | Date Opened: | 10/14/2016 |
| Past Due Amount: | $72 | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $24 | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | Balance Date: | 04/30/2019 |

Late Payments over the last 18 months :

7 payments over 90 days late;

| 2019 | | | | 2018 | | | | | | | | | | | | 2017 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | OK | OK | OK | OK | OK | OK | 180 | 180 | 150 | 150 | 120 | 90 | OK | OK | OK | OK | OK |
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 120d - now 30, 60 or 90
Open

## DEPT OF EDUCATION/NELN (Sub# 1884330)

| | | | | |
|---|---|---|---|---|
| Account type: Educational | | Responsibility: Individual | | |
| Current Balance: | $3,295 | Credit Limit: | $3,000 | Date Opened: | 10/14/2016 |
| Past Due Amount: | $100 | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $33 | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | Balance Date: | 04/30/2019 |

Late Payments over the last 18 months :

7 payments over 90 days late;

| 2019 | | | | 2018 | | | | | | | | | | | | 2017 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | OK | OK | OK | OK | OK | OK | 180 | 180 | 180 | 150 | 120 | 90 | OK | OK | OK | OK | OK |
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 120d - now 30, 60 or 90
Open

## DEPT OF EDUCATION/NELN (Sub# 1884330)

| | | | | |
|---|---|---|---|---|
| Account type: Educational | | Responsibility: Individual | | |
| Current Balance: | $3,257 | Credit Limit: | $3,000 | Date Opened: | 02/7/2017 |
| Past Due Amount: | $99 | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $33 | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | Balance Date: | 04/30/2019 |

Late Payments over the last 18 months :

7 payments over 90 days late;

| 2019 | | | | 2018 | | | | | | | | | | | | 2017 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | OK | OK | OK | OK | OK | OK | 180 | 180 | 180 | 150 | 120 | 90 | OK | OK | OK | OK | OK |
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 120d - now 30, 60 or 90
Open

## DEPT OF EDUCATION/NELN (Sub# 1884330)

| | | | | |
|---|---|---|---|---|
| Account type: Educational | | Responsibility: Individual | | |
| Current Balance: | $2,375 | Credit Limit: | $2,250 | Date Opened: | 02/7/2017 |
| Past Due Amount: | $72 | High Balance: | n/a | Last Active On: | n/a |
| Monthly Payment: | $24 | Acct. Terms: | 120 | Date Updated: | n/a |
| | | | | Balance Date: | 04/30/2019 |

Late Payments over the last 18 months :

7 payments over 90 days late;

| 2019 | | | | 2018 | | | | | | | | | | | | 2017 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | OK | OK | OK | OK | OK | OK | 180 | 180 | 180 | 150 | 120 | 90 | OK | OK | OK | OK | OK |

7

Delinquencies: Max: on 04/1/2019
Previous: on 04/1/2019
Previous: on 09/1/2018

Remarks: Acct delinquent 120d - now 30, 60 or 90
Open

---

## COLLECTIONS

### SYNCHRONY BANK (Sub# 1980435 - YC )

Responsibility: Individual

| Current Balance: | $513 | Balance Date: | 05/28/2019 | Date Assigned: | 08/20/2017 |
|---|---|---|---|---|---|
| Original Amount: | $513 | Last Active On: | n/a | Date Updated: | n/a |

Agency Name: PORTFOLIO RECO

Remarks: Attorney or outside agency account

### SYNCHRONY BANK (Sub# 1946387 - YC )

Responsibility: Individual

| Current Balance: | $1,354 | Balance Date: | 05/21/2019 | Date Assigned: | 09/26/2017 |
|---|---|---|---|---|---|
| Original Amount: | $1,354 | Last Active On: | n/a | Date Updated: | n/a |

Agency Name: MIDLAND FUNDIN

Remarks: Attorney or outside agency account

### AT T MOBILITY (Sub# 2980878 - YC )

Responsibility: Individual

| Current Balance: | $1,486 | Balance Date: | 05/12/2019 | Date Assigned: | 01/3/2019 |
|---|---|---|---|---|---|
| Original Amount: | $1,486 | Last Active On: | n/a | Date Updated: | n/a |

Agency Name: AFNI, INC.

Remarks: Attorney or outside agency account

### CREDIT ONE BANK N.A. (Sub# 1623040 - FU )

Responsibility: Individual

| Current Balance: | $828 | Balance Date: | 04/30/2019 | Date Assigned: | 03/14/2017 |
|---|---|---|---|---|---|
| Original Amount: | $828 | Last Active On: | n/a | Date Updated: | n/a |

Agency Name: LVNV FUNDING L

Remarks: Attorney or outside agency account

## INQUIRIES

| Date | Name | Subscription # | Responsibility | Type | Amount |
|---|---|---|---|---|---|
| 06/2/2019 | SANTANDER CONSUMER USA | 1912477 | | n/a | n/a |
| 06/2/2019 | CAPITAL ONE AUTO FIN | 1254780 | | Auto loan | n/a |
| 05/3/2019 | TOTAL/TBOM | 2515660 | | n/a | n/a |

---

## BUREAU INFORMATION

## experian *Credit Report*

Experian  P.O Box 2104  Allen  TX  75013

---

## PREMIUM NATIONAL CRIMINAL RECORDS SEARCH

| REQUEST DATE | COMPLETED | STATUS |
|---|---|---|
| 06/05/2019 10:29 AM | 06/05/2019 12:21 PM | Dispute Completed |
| | | Meets Property Requirements |
| | | No National Sex Offender Records Found |
| | | Criminal Records Found |

ALLEN, DERRICK                                                    RECORD 1 OF 14

**Last Name:** ALLEN
**First Name:** DERRICK
**Alias:** DERRICK M ALLEN
**DOB:** 10/29/1978

**Sex:** MALE
**Race:** BLACK



**Record Type:** Criminal
**State Of Record:** NC
**Database:** North Carolina Dept of Corrections
 **ASSAULT ON FEMALE (PRINCIPAL)**
**State Of Record:** NC
**Offense:** ASSAULT ON FEMALE (PRINCIPAL)
**Offense Degree:** MISDEMEANOR
**Offense Date:** 06/13/1997
**Statute:** 14-33
**Disposition:** GUILTY
**Court Type:** DISTRICT
**Punishment Type:** COMMUNITY SS (DCC)
**Conviction County:** DURHAM
**Docket Number:** 97017423
**Counts:** 001
**Sentence Begin Date:** 1997-07-10
**Conviction Date:** 1997-07-10
**Count Type:** CONCURRENT
**DOC Number:** 0511314
**Sentence Type:** PROBATION / SUSPENDED SENTENCE / COUNTY JAIL
**Serving:** M:
**Sentencing Penalty Class Code:** CLASS A1 MISDEMEANOR SS
**Maximum Sentence:** 1M
**Sentence Number:** 02-001
**Parole Case Status Date:** 1999-02-10

RECORD 1 – CHARGE 1

**Last Name:** ALLEN
**First Name:** DERRICK
**Alias:** DERRICK M ALLEN
**DOB:** 10/29/1978

**Sex:** MALE
**Race:** BLACK



**Record Type:** Criminal
**State Of Record:** NC
**Database:** North Carolina Dept of Corrections
 **ASSAULT ON SCHOOL OFFICIAL (PRINCIPAL)**
**State Of Record:** NC
**Offense:** ASSAULT ON SCHOOL OFFICIAL (PRINCIPAL)
**Offense Degree:** MISDEMEANOR
**Offense Date:** 10/05/1995
**Statute:** 14-33(B)
**Disposition:** NON-JUDGMENT
**Court Type:** DISTRICT
**Punishment Type:** NON JUDGMENT CASES
**Conviction County:** DURHAM
**Docket Number:** 95028579
**Counts:** 001
**Sentence Begin Date:** 1995-11-13
**Conviction Date:** 1995-11-13
**Count Type:** CONCURRENT
**DOC Number:** 0511314

RECORD 2 – CHARGE 1

Sentence Type: PROBATION
Serving: M:
Sentencing Penalty Class Code: NON CLASS CODE
Sentence Number: 01-001
Parole Case Status Date: 1996-11-13

ALLEN, DERRICK

Last Name: ALLEN                          Sex: MALE
First Name: DERRICK                        Race: BLACK
Alias: DERRICK ALLEN ALLEN
Alias: DERRICK M ALLEN
Alias: DERRICK MIKE ALLEN
DOB: 10/29/1978

Record Type: Criminal
State Of Record: NC
Database: North Carolina Dept of Corrections - Supplemental
  ASSAULT ON SCHOOL OFFICIAL (PRINCIPAL)
State Of Record: NC                                              Case #: 0511314
Offense: ASSAULT ON SCHOOL OFFICIAL (PRINCIPAL)
Offense Degree: MISDEMEANOR
Offense Date: 10/05/1995
Disposition: CONVICTED
Punishment Type: NON JUDGMENT CASES
County of Conviction: DURHAM
Docket Number: 95028579
DOC Number: 0511314
Conviction Date: 1995-11-13
Inmate Status: INACTIVE
Sentence Type: PROBATION;
Sentencing Penalty Class Code: NON CLASS CODE
Probation-Parole-Post Release Status: INACTIVE
Sentence Number: 01-001
Count: 4
Commitment: INITIAL
Commitment Type: PROBATION/PAROLE

RECORD 3 - CHARGE 1

ALLEN, DERRICK

Last Name: ALLEN                          Sex: MALE
First Name: DERRICK                        Race: BLACK
Alias: DERRICK ALLEN ALLEN
Alias: DERRICK M ALLEN
Alias: DERRICK MIKE ALLEN
DOB: 10/29/1978



Record Type: Criminal
State Of Record: NC
Database: North Carolina Dept of Corrections - Supplemental
  DISTURBING STUDENT AT SCHOOL (PRINCIPAL)
State Of Record: NC                                              Case #: 0511314
Offense: DISTURBING STUDENT AT SCHOOL (PRINCIPAL)
Offense Date: 09/20/1995
Disposition: CONVICTED
Punishment Type: NON JUDGMENT CASES
County of Conviction: DURHAM
Docket Number: 95027859
DOC Number: 0511314
Conviction Date: 1995-11-13
Inmate Status: INACTIVE

RECORD 4 - CHARGE 1

Sentence Type: PROBATION;
Probation-Parole-Post Release Status: INACTIVE
Sentence Number: 01-001
Count: 5
Commitment: CONSOLIDATED FOR JUDGMENT
Commitment Type: PROBATION/PAROLE

### ALLEN, DERRICK

Last Name: ALLEN
First Name: DERRICK
Alias: DERRICK ALLEN ALLEN
Alias: DERRICK M ALLEN
Alias: DERRICK MIKE ALLEN
DOB: 10/29/1978

Sex: MALE
Race: BLACK



Record Type: Criminal
State Of Record: NC
Database: North Carolina Dept of Corrections - Supplemental
### ASSAULT ON FEMALE (PRINCIPAL)
State Of Record: NC                                        Case #: 0511314
Offense: ASSAULT ON FEMALE (PRINCIPAL)
Offense Degree: MISDEMEANOR
Offense Date: 06/13/1997
Disposition: CONVICTED
Punishment Type: COMMUNITY SS (DCC)
County of Conviction: DURHAM
Docket Number: 97017423
DOC Number: 0511314
Conviction Date: 1997-07-10
Inmate Status: INACTIVE
Sentence Type: PROBATION; SUSPENDED SENTENCE; COUNTY JAIL
Sentencing Penalty Class Code: CLASS A1 MISDEMEANOR SS
Probation-Parole-Post Release Status: INACTIVE
Sentence Number: 02-001
Count: 3
Commitment: INITIAL
Commitment Type: PROBATION/PAROLE

### ALLEN, DERRICK MIKE

Last Name: ALLEN
First Name: DERRICK
Middle Name: MIKE
DOB: 10/29/1978
Address Information
613 RAYNOR ST APT C, DURHAM NC 27703
Record Type: Criminal
State Of Record: NC
Database: North Carolina Statewide Records
Jurisdiction: DURHAM
### (M)ASSAULT ON A FEMALE

Sex: MALE
Race: BLACK

File Date: 06/26/1997
State Of Record: NC                          Case #: 01310DURHAM1997CR017423
Offense: (M)ASSAULT ON A FEMALE
Disposition: GUILTY ON 07/10/1997
Case Year: 1997
County: DURHAM
Case Sequence: 017423
Case Type: CR
Last Update Date: 2019-04-06
Disposed: YES

ALLEN, DERRICK MICHAEL

Last Name: ALLEN                          Sex: MALE
First Name: DERRICK                       Race: BLACK
Middle Name: MICHAEL
DOB: 10/29/1978
Address Information
1105 W. NC HIGHWAY 5 4 APT D7, CHAPEL HILL NC 27516-2835
Record Type: Criminal
State Of Record: NC
Database: North Carolina Statewide Records
Jurisdiction: DURHAM
  1-(M)BREAKING OR ENTERING (M) 2-~                       RECORD 7 - CHARGE 1
File Date: 01/11/2012
                                          Case #: 01310DURHAM2012CR050298
State Of Record: NC
Offense: 1-(M)BREAKING OR ENTERING (M) 2- (M)INJURY TO REAL PROPERTY 3-(M)INTERFERING WITH EMREGENCY COMM
Disposition: 1-3 GUILTY ON 07/24/2012
Case Year: 2012
County: DURHAM
Case Sequence: 050298
Case Type: CR
Last Update Date: 2019-04-06
Disposed: YES


ALLEN, DERRICK MICHAEL

Last Name: ALLEN                          Sex: MALE
First Name: DERRICK                       Race: BLACK
Middle Name: MICHAEL
DOB: 10/29/1978
Address Information
1105 W. NC HIGHWAY 5 4 APT D7, CHAPEL HILL NC 27516
Record Type: Criminal
State Of Record: NC
Database: North Carolina Statewide Records
Jurisdiction: DURHAM
  (M)COMMUNICATING THREATS                                RECORD 8 - CHARGE 1
File Date: 01/20/2017
                                          Case #: 01310DURHAM2012CR053118
State Of Record: NC
Offense: (M)COMMUNICATING THREATS
Disposition: GUILTY ON 09/07/2012
Case Year: 2012
County: DURHAM
Case Sequence: 053118
Case Type: CR
Last Update Date: 2019-04-06
Disposed: YES


ALLEN, DERRICK MICHAEL

Last Name: ALLEN                          Sex: MALE
First Name: DERRICK                       Race: BLACK
Middle Name: MICHAEL
DOB: 10/29/1978
Address Information
1105 W NC HWY 54 APT D7, CHAPEL HILL NC 27516
Record Type: Criminal
State Of Record: NC
Database: North Carolina Statewide Records
Jurisdiction: DURHAM
  (M)COMMUNICATING THREATS                                RECORD 9 - CHARGE 1
File Date: 06/18/2012
                                          Case #: 01310DURHAM2012CR055879
State Of Record: NC
Offense: (M)COMMUNICATING THREATS

Release Date: GUILTY ON 03/04/2013
Case Year: 2012
County: DURHAM
Case Sequence: 055879
Case Type: CR
Last Update Date: 2019-04-06
Disposed: YES

ALLEN, DERRICK

Last Name: allen
First Name: derrick
DOB: 10/29/1978
Record Type: Criminal
State Of Record: NC
Database: P.R.I.O.R.S.

 ASSAULT ON A FEMALE

RECORD 10 – CHARGE 1

File Date: 06/13/1997

Case #: 01310DURHAM1997CR017423

State Of Record: NC
Offense: ASSAULT ON A FEMALE
Offense Degree: Other (Please Specify)
Offense Date: 06/13/1997
Disposition: GUILTY ON 07/10/1997
Disposition Date: 12/10/1998
ID Number: BGC-182807774
Prison Time Sentenced: 30 DAYS
County: North Carolina
Case Comments: Offense Modifier: CONVICTED Case Year: 1997 Case Sequence: 017423 Case Type: CR Offense Class: A1 Count: 01 Credit For Time Served: 0000 Special Probation: 0000 Sentence Type: COMMUNITY PUNISHMENT Statute: 14-33(C)(2) Offense Date: 1997-06-13 Statute: 14-33(C)(2) Jurisdiction: North Carolina Admin Office of Courts Source: BGCD
Probation Time Sentenced: 12 MONTHS
Result Date: 2014-11-24
Disposition Comments: NOT ASSAULT, THREATEN OR HARAS
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 613 RAYNOR ST APT C DURHAM NC
Search Type: Statewide Criminal
Sentence Information
Court Costs: 65.00
Fine: 100.00

 BREAKING OR ENTERING (M)

RECORD 10 – CHARGE 2

File Date: 01/11/2012

Case #: 12CR 050298

State Of Record: NC
Offense: BREAKING OR ENTERING (M)
Offense Degree: Other (Please Specify)
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 07/24/2012
ID Number: BGC-182807774
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M BREAKING OR ENTERING (M) 14-54(B) Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN/ 101012-SENTENCE IS ACTIVATED, 15 DA; YS ACTIVE, ZERO CREDIT; Source: NC
Jail Time Sentenced: 15 DAYS
Result Date: 2014-11-24
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 1105 W. NC HIGHWAY 5 4 APT D7 CHAPEL HILL
Search Type: Statewide Criminal

 INJURY TO REAL PROPERTY

RECORD 10 – CHARGE 3

File Date: 01/11/2012

Case #: 12CR 050298

State Of Record: NC
Offense: INJURY TO REAL PROPERTY
Offense Degree: Other (Please Specify)
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 07/24/2012

ID Number: BGC-182807774
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INJURY TO REAL PROPERTY 14-127 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Consolidated For Judgement: 12CR 050298 01 Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN Source: NC
Jail Time Sentenced: -
Result Date: 2014-11-24
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 1105 W. NC HIGHWAY 5 4 APT D7 CHAPEL HILL
Search Type: Statewide Criminal

   INTERFERING WITH EMREGENCY COMMUNICATION                                                    RECORD 10 – CHARGE 4
File Date: 01/11/2012
                                                                  Case #: 12CR 050298
State Of Record: NC

Offense: INTERFERING WITH EMREGENCY COMMUNICATION
Offense Degree: Other (Please Specify)
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 07/24/2012
ID Number: BGC-182807774
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INTERFERING WITH EMREGENCY COMMUNICATION 14-286.2 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Consolidated For Judgement: 12CR 050298 01 Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN Source: NC
Jail Time Sentenced: -
Result Date: 2014-11-24
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 1105 W. NC HIGHWAY 5 4 APT D7 CHAPEL HILL
Search Type: Statewide Criminal

   COMMUNICATING THREATS                                                                        RECORD 10 – CHARGE 5
File Date: 04/04/2012
                                                                  Case #: 12CR 053118
State Of Record: NC

Offense: COMMUNICATING THREATS
Offense Degree: Other (Please Specify)
Offense Date: 04/03/2012
Disposition: GUILTY ON 09/07/2012
Disposition Date: 09/07/2012
ID Number: BGC-182807774
County: North Carolina
Case Comments: PROCESS TYPE: WARRANT METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20120907 Trial Session: AM DefensevAttorney: HOWARD,MARLON Defense Attorney Type: R Charged Offense: M COMMUNICATING THREATS 14-277.1 Complainant: BELL,TEKOA,R Issued Date: 20120404 Served Date: 20120404 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 03 Restitution: Judge: BCW Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Domestic Violence Conviction Flag: N Special Conditions: NO CONTACT WITH VICTIM(TEKOA BELL)/WAIVES RIGHT TO APPEAL/ Source: NC
Jail Time Sentenced: 20 DAYS
Result Date: 2014-11-24
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 1105 W. NC HIGHWAY 5 4 APT D7 CHAPEL HILL
Search Type: Statewide Criminal

   COMMUNICATING THREATS                                                                        RECORD 10 – CHARGE 6
File Date: 06/18/2012
                                                                  Case #: 12CR 055879
State Of Record: NC

Offense: COMMUNICATING THREATS
Offense Degree: Other (Please Specify)
Offense Date: 06/18/2012
Disposition: GUILTY ON 03/04/2013
Disposition Date: 03/04/2013
ID Number: BGC-182807774
County: North Carolina
Case Comments: PROCESS TYPE: CRIMINAL SUM METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20130304 Trial Session: AM DefensevAttorney: UNK Defense Attorney Type: A Charged Offense: M COMMUNICATING THREATS 14-277.1 Complainant: WILLIAMS,TERRENCE Issued Date: 20120618 Served Date: 20120624 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 05 Restitution: Judge: MHM Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Domestic Violence Conviction Flag: N Special Conditions: NOT BE FOUND ON THE PREMISES OF TERRENCE WILLIAMS, NOT; ASSAULT THREATEN HARASS TERRENCE WILLIAMS; Source: NC
Jail Time Sentenced: 30 DAYS

Result Date: 2014-11-24
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 1105 W NC HWY 54 APT D7 CHAPEL HILL NC
Search Type: Statewide Criminal

INJURY TO REAL PROPERTY                                                                    RECORD 10 - CHARGE 7
File Date: 08/15/2012
                                                            Case #: 12CRS050298
State Of Record: NC

Offense: INJURY TO REAL PROPERTY
Offense Degree: Misdemeanor
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 10/09/2012
ID Number: BGC-182807774
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM
DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INJURY TO REAL PROPERTY 14-127 Complainant: HARRIS,V Agency: CPD Issued
Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge:
MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit:
YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC
Jail Time Sentenced: -
Result Date: 2014-11-24
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 1105 W. NC HIGHWAY 5 4 APT D7 CHAPEL HILL
Search Type: Statewide Criminal

INTERFERING W/ EMERGENCY COMMUNICATION                                                      RECORD 10 - CHARGE 8
File Date: 08/15/2012
                                                            Case #: 12CRS050298
State Of Record: NC

Offense: INTERFERING W/ EMERGENCY COMMUNICATION
Offense Degree: Misdemeanor
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 10/09/2012
ID Number: BGC-182807774
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM
DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INTERFERING W/ EMERGENCY COMMUNICATION 14-286.2 Complainant:
HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge
Continuances: 02 Restitution: Judge: MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N
Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC
Jail Time Sentenced: -
Result Date: 2014-11-24
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 1105 W. NC HIGHWAY 5 4 APT D7 CHAPEL HILL
Search Type: Statewide Criminal

BREAKING OR ENTERING (M)                                                                    RECORD 10 - CHARGE 9
File Date: 08/15/2012
                                                            Case #: 12CRS050298
State Of Record: NC

Offense: BREAKING OR ENTERING (M)
Offense Degree: Misdemeanor
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 10/09/2012
ID Number: BGC-182807774
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM
DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M BREAKING OR ENTERING (M) 14-54(B) Complainant: HARRIS,V Agency: CPD Issued
Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge:
MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit:
YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC
Jail Time Sentenced: -
Result Date: 2014-11-24
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY ADDRESS ON FILE: 1105 W. NC HIGHWAY 5 4 APT D7 CHAPEL HILL
Search Type: Statewide Criminal

ALLEN, DERRICK                                              RECORD 11 OF 14

Last Name: allen
First Name: derrick
DOB: 10/29/1978
Record Type: Criminal

State Of Record: NC
Database: P.R.I.O.R.S.

**ASSAULT ON A FEMALE** RECORD 11 – CHARGE 1

File Date: 06/13/1997

State Of Record: NC

Case #: 01310DURHAM1997CR017423

Offense: ASSAULT ON A FEMALE
Offense Degree: Other (Please Specify)
Offense Date: 06/13/1997
Disposition: GUILTY ON 07/10/1997
Disposition Date: 12/10/1998
ID Number: BGC-191083672
Prison Time Sentenced: 30 DAYS
County: North Carolina
Case Comments: Offense Modifier: CONVICTED Case Year: 1997 Case Sequence: 017423 Case Type: CR Offense Class: A1 Count: 01 Credit For Time Served: 0000
Special Probation: 0000 Sentence Type: COMMUNITY PUNISHMENT Statute: 14-33(C)(2) Offense Date: 1997-06-13 Statute: 14-33(C)(2) Jurisdiction: North Carolina
Admin Office of Courts Source: BGCD
Probation Time Sentenced: 12 MONTHS
Result Date: 2015-02-16
Disposition Comments: NOT ASSAULT, THREATEN OR HARAS
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 613
Search Type: Statewide Criminal
Sentence Information
Court Costs: 65.00
Fine: 100.00

**BREAKING OR ENTERING (M)** RECORD 11 – CHARGE 2

File Date: 01/11/2012

State Of Record: NC

Case #: 12CR 050298

Offense: BREAKING OR ENTERING (M)
Offense Degree: Other (Please Specify)
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 07/24/2012
ID Number: BGC-191083672
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at
superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M
BREAKING OR ENTERING (M) 14-54(B) Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State
Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Appealed To Superior Court: 072412 Commercial Drivers License: N
Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag:
Y Special Conditions: NOTICE OF APPEAL GIVEN/ 101012-SENTENCE IS ACTIVATED, 15 DA; YS ACTIVE, ZERO CREDIT; Source: NC
Jail Time Sentenced: 15 DAYS
Result Date: 2015-02-16
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

**INJURY TO REAL PROPERTY** RECORD 11 – CHARGE 3

File Date: 01/11/2012

State Of Record: NC

Case #: 12CR 050298

Offense: INJURY TO REAL PROPERTY
Offense Degree: Other (Please Specify)
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 07/24/2012
ID Number: BGC-191083672
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at
superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INJURY
TO REAL PROPERTY 14-127 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00
Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Consolidated For Judgement: 12CR 050298 01 Appealed To Superior Court: 072412
Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A
Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN Source: NC
Jail Time Sentenced: -
Result Date: 2015-02-16
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

**INTERFERING WITH EMREGENCY COMMUNICATION** RECORD 11 – CHARGE 4

File Date: 01/11/2012

State Of Record: NC

Case #: 12CR 050298

Offense: INTERFERING WITH EMREGENCY COMMUNICATION
Offense Degree: Other (Please Specify)
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 07/24/2012
ID Number: BGC-191083672
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INTERFERING W/ EMERGENCY COMMUNICATION 14-286.2 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Consolidated For Judgement: 12CR 050298 01 Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN Source: NC
Jail Time Sentenced: -
Result Date: 2015-02-16
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

COMMUNICATING THREATS                                                    RECORD 11 - CHARGE 5
File Date: 04/04/2012
State Of Record: NC                          Case #: 12CR 053118
Offense: COMMUNICATING THREATS
Offense Degree: Other (Please Specify)
Offense Date: 04/03/2012
Disposition: GUILTY ON 09/07/2012
Disposition Date: 09/07/2012
ID Number: BGC-191083672
County: North Carolina
Case Comments: PROCESS TYPE: WARRANT METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20120907 Trial Session: AM DefensevAttorney: HOWARD,MARLON Defense Attorney Type: R Charged Offense: M COMMUNICATING THREATS 14-277.1 Complainant: BELL,TEKOA,R Issued Date: 20120404 Served Date: 20120404 Defendant Continuances: 00 Defendant Continuances: 00 Judge Continuances: 03 Restitution: Judge: BCW Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Domestic Violence Conviction Flag: N Special Conditions: NO CONTACT WITH VICTIM(TEKOA BELL)/WAIVES RIGHT TO APPEAL/ Source: NC
Jail Time Sentenced: 20 DAYS
Result Date: 2015-02-16
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

BREAKING OR ENTERING (M)                                                 RECORD 11 - CHARGE 6
File Date: 08/15/2012
State Of Record: NC                          Case #: 12CRS050298
Offense: BREAKING OR ENTERING (M)
Offense Degree: Misdemeanor
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 10/09/2012
ID Number: BGC-191083672
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M BREAKING OR ENTERING (M) 14-54(B) Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 Defendant Continuances: 02 Restitution: Judge: MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC
Jail Time Sentenced: -
Result Date: 2015-02-16
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

COMMUNICATING THREATS                                                    RECORD 11 - CHARGE 7
File Date: 06/18/2012
State Of Record: NC                          Case #: 12CR 055879
Offense: COMMUNICATING THREATS
Offense Degree: Other (Please Specify)
Offense Date: 06/18/2012
Disposition: GUILTY ON 03/04/2013GUILTY ON 03/04/2013
Disposition Date: 03/04/2013
ID Number: BGC-191083672
County: North Carolina
Case Comments: PROCESS TYPE: CRIMINAL SUM METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20130304 Trial Session: AM DefensevAttorney: UNK Defense Attorney Type: A Charged Offense: M COMMUNICATING THREATS 14-277.1 Complainant: WILLIAMS,TERRENCE Issued Date: 20120618 Served Date: 20120624 Defendant Continuances: 00 State Continuances: 00 Defendant

Continuances: 00 Judge Continuances: 05 Restitution: Judge: MHM Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Domestic Violence Conviction Flag: N Special Conditions: NOT BE FOUND ON THE PREMISES OF TERRENCE WILLIAMS, NOT; ASSAULT THREATEN HARASS TERRENCE WILLIAMS; Source: NC
**Jail Time Sentenced:** 30 DAYS
**Result Date:** 2015-02-16
**Method Verified:** DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
**Search Type:** Statewide Criminal

**ALLEN, DERRICK M**                                                                              RECORD 12 OF 14

**Last Name:** Allen
**First Name:** Derrick
**Middle Name:** M
**DOB:** 10/29/1978
**Record Type:** Criminal
**State Of Record:** NC
**Database:** P.R.I.O.R.S.
  **BREAKING OR ENTERING (M)**                                                                   RECORD 12 – CHARGE 1
**File Date:** 01/11/2012
                                                    **Case #:** 12CR 050298
**State Of Record:** NC
**Offense:** BREAKING OR ENTERING (M)
**Offense Degree:** Other (Please Specify)
**Offense Date:** 01/11/2012
**Disposition:** GUILTY ON 07/24/2012
**Disposition Date:** 07/24/2012
**ID Number:** BGC-271724259
**County:** North Carolina
**Case Comments:** PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M BREAKING OR ENTERING (M) 14-54(B) Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN/ 101012-SENTENCE IS ACTIVATED, 15 DA; YS ACTIVE, ZERO CREDIT; Source: NC
**Jail Time Sentenced:** 15 DAYS
**Result Date:** 2016-09-08
**Method Verified:** DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
**Search Type:** Statewide Criminal
  **ASSAULT ON A FEMALE**                                                                         RECORD 12 – CHARGE 2
**File Date:** 06/13/1997
                                                    **Case #:** 01310DURHAM1997CR017423
**State Of Record:** NC
**Offense:** ASSAULT ON A FEMALE
**Offense Degree:** Other (Please Specify)
**Offense Date:** 06/13/1997
**Disposition:** GUILTY ON 07/10/1997
**ID Number:** BGC-271724259
**Prison Time Sentenced:** 30D
**County:** North Carolina
**Case Comments:** Offense Modifier: CONVICTED Case Year: 1997 Case Sequence: 017423 Case Type: CR Offense Class: A1 Count: 01 Credit For Time Served: 0000 Special Probation: 0000 Sentence Type: COMMUNITY PUNISHMENT Statute: 14-33(C)(2) Offense Date: 1997-06-13 Statute: 14-33(C)(2) Jurisdiction: North Carolina Admin Office of Courts Source: BGCD
**Probation Time Sentenced:** 12 MONTHS
**Result Date:** 2016-09-08
**Disposition Comments:** NOT ASSAULT, THREATEN OR HARAS
**Method Verified:** DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 613
**Search Type:** Statewide Criminal
**Sentence Information**
**Court Costs:** 65.00
**Fine:** 100.00
  **COMMUNICATING THREATS**                                                                       RECORD 12 – CHARGE 3
**File Date:** 04/04/2012
                                                    **Case #:** 12CR 053118
**State Of Record:** NC
**Offense:** COMMUNICATING THREATS
**Offense Degree:** Other (Please Specify)
**Offense Date:** 04/03/2012
**Disposition:** GUILTY ON 09/07/2012
**Disposition Date:** 09/07/2012

ID Number: BGC-271724259
County: North Carolina
Case Comments: PROCESS TYPE: WARRANT METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20120907 Trial Session: AM DefenseAttorney: HOWARD,MARLON Defense Attorney Type: R Charged Offense: M COMMUNICATING THREATS 14-277.1 Complainant: BELL,TEKOA,R Issued Date: 20120404 Served Date: 20120404 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 03 Restitution: Judge: BCW Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Domestic Violence Conviction Flag: N Special Conditions: NO CONTACT WITH VICTIM(TEKOA BELL)/WAIVES RIGHT TO APPEAL/ Source: NC
Jail Time Sentenced: 20 DAYS
Result Date: 2016-09-08
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

INJURY TO REAL PROPERTY                                                                                              RECORD 12 - CHARGE 4
File Date: 01/11/2012
                                                              Case #: 12CR 050298
State Of Record: NC
Offense: INJURY TO REAL PROPERTY
Offense Degree: Other (Please Specify)
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 07/24/2012
ID Number: BGC-271724259
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefenseAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INJURY TO REAL PROPERTY 14-127 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 00 Restitution: Judge: CWA Consolidated For Judgement: 12CR 050298 01 Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN Source: NC
Jail Time Sentenced: -
Result Date: 2016-09-08
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

INJURY TO REAL PROPERTY                                                                                              RECORD 12 - CHARGE 5
File Date: 08/15/2012
                                                              Case #: 12CRS050298
State Of Record: NC
Offense: INJURY TO REAL PROPERTY
Offense Degree: Misdemeanor
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 10/09/2012
ID Number: BGC-271724259
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM DefenseAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INJURY TO REAL PROPERTY 14-127 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 02 Restitution: Judge: MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC
Jail Time Sentenced: -
Result Date: 2016-09-08
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

INTERFERING W/ EMERGENCY COMMUNICATION                                                                               RECORD 12 - CHARGE 6
File Date: 08/15/2012
                                                              Case #: 12CRS050298
State Of Record: NC
Offense: INTERFERING W/ EMERGENCY COMMUNICATION
Offense Degree: Misdemeanor
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 10/09/2012
ID Number: BGC-271724259
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM DefenseAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INTERFERING W/ EMERGENCY COMMUNICATION 14-286.2 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC
Jail Time Sentenced: -
Result Date: 2016-09-08
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105

Search Type: Statewide Criminal

INTERFERING WITH EMREGENCY COMMUNICATION

File Date: 01/11/2012

Case #: 12CR 050298

State Of Record: NC

Offense: INTERFERING WITH EMREGENCY COMMUNICATION

Offense Degree: Other (Please Specify)

Offense Date: 01/11/2012

Disposition: GUILTY ON 07/24/2012

Disposition Date: 07/24/2012

ID Number: BGC-271724259

County: North Carolina

Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INTERFERING W/ EMERGENCY COMMUNICATION 14-286.2 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Consolidated For Judgement: 12CR 050298 01 Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN Source: NC

Jail Time Sentenced: -

Result Date: 2016-09-08

Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105

Search Type: Statewide Criminal

BREAKING OR ENTERING (M)

File Date: 08/15/2012

Case #: 12CRS050298

State Of Record: NC

Offense: BREAKING OR ENTERING (M)

Offense Degree: Misdemeanor

Offense Date: 01/11/2012

Disposition: GUILTY ON 07/24/2012

Disposition Date: 10/09/2012

ID Number: BGC-271724259

County: North Carolina

Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M BREAKING OR ENTERING (M) 14-54(B) Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC

Jail Time Sentenced: -

Result Date: 2016-09-08

Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105

Search Type: Statewide Criminal

COMMUNICATING THREATS

File Date: 06/18/2012

Case #: 12CR 055879

State Of Record: NC

Offense: COMMUNICATING THREATS

Offense Degree: Other (Please Specify)

Offense Date: 06/18/2012

Disposition: GUILTY ON 03/04/2013

Disposition Date: 03/04/2013

ID Number: BGC-271724259

County: North Carolina

Case Comments: PROCESS TYPE: CRIMINAL SUM METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20130304 Trial Session: UNK Defense Attorney Type: A Charged Offense: M COMMUNICATING THREATS 14-277.1 Complainant: WILLIAMS,TERRENCE Issued Date: 20120618 Served Date: 20120624 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 05 Restitution: Judge: MHM Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Domestic Violence Conviction Flag: N Special Conditions: NOT BE FOUND ON THE PREMISES OF TERRENCE WILLIAMS, NOT; ASSAULT THREATEN HARASS TERRENCE WILLIAMS; Source: NC

Jail Time Sentenced: 30 DAYS

Result Date: 2016-09-08

Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105

Search Type: Statewide Criminal

ALLEN, DERRICK MICHAEL

Last Name: Allen

First Name: Derrick

Middle Name: Michael

DOB: 10/29/1978

Record Type: Criminal

State Of Record: NC

Database: P.R.I.O.R.S.

**INTERFERING WITH EMREGENCY COMMUNICATION** RECORD 13 – CHARGE 1

File Date: 01/11/2012

State Of Record: NC Case #: 12CR 050298

Offense: INTERFERING WITH EMREGENCY COMMUNICATION

Offense Degree: Other (Please Specify)

Offense Date: 01/11/2012

Disposition: GUILTY ON 07/24/2012

Disposition Date: 07/24/2012

ID Number: BGC-278636180

County: North Carolina

Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INTERFERING W/ EMERGENCY COMMUNICATION 14-286.2 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Consolidated For Judgement: 12CR 050298 01 Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN Source: NC

Jail Time Sentenced: -

Result Date: 2016-10-14

Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105

Search Type: Statewide Criminal

**BREAKING OR ENTERING (M)** RECORD 13 – CHARGE 2

File Date: 01/11/2012

State Of Record: NC Case #: 12CR 050298

Offense: BREAKING OR ENTERING (M)

Offense Degree: Other (Please Specify)

Offense Date: 01/11/2012

Disposition: GUILTY ON 07/24/2012

Disposition Date: 07/24/2012

ID Number: BGC-278636180

County: North Carolina

Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M BREAKING OR ENTERING (M) 14-54(B) Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN/ 101012-SENTENCE IS ACTIVATED, 15 DA; YS ACTIVE, ZERO CREDIT; Source: NC

Jail Time Sentenced: 15 DAYS

Result Date: 2016-10-14

Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105

Search Type: Statewide Criminal

**INJURY TO REAL PROPERTY** RECORD 13 – CHARGE 3

File Date: 01/11/2012

State Of Record: NC Case #: 12CR 050298

Offense: INJURY TO REAL PROPERTY

Offense Degree: Other (Please Specify)

Offense Date: 01/11/2012

Disposition: GUILTY ON 07/24/2012

Disposition Date: 07/24/2012

ID Number: BGC-278636180

County: North Carolina

Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level) Court Type: CR Trial Date: 20121008 Trial Session: AM DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INJURY TO REAL PROPERTY 14-127 Complainant: HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge: CWA Consolidated For Judgement: 12CR 050298 01 Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: Y Special Conditions: NOTICE OF APPEAL GIVEN Source: NC

Jail Time Sentenced: -

Result Date: 2016-10-14

Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105

Search Type: Statewide Criminal

**BREAKING OR ENTERING (M)** RECORD 13 – CHARGE 4

File Date: 08/15/2012

State Of Record: NC Case #: 12CRS050298

Offense: BREAKING OR ENTERING (M)

Offense Degree: Misdemeanor
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 10/09/2012
ID Number: BGC-278636180
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM
DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M BREAKING OR ENTERING (M) 14-54(B) Complainant: HARRIS,V Agency: CPD Issued
Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge:
MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit:
YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC
Jail Time Sentenced: -
Result Date: 2016-10-14
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

  COMMUNICATING THREATS                                                    **RECORD 13 – CHARGE 5**
File Date: 06/18/2012
State Of Record: NC                                      Case #: 12CR 055879
Offense: COMMUNICATING THREATS
Offense Degree: Other (Please Specify)
Offense Date: 06/18/2012
Disposition: GUILTY ON 03/04/2013
Disposition Date: 03/04/2013
ID Number: BGC-278636180
County: North Carolina
Case Comments: PROCESS TYPE: CRIMINAL SUM METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at
superior court level) Court Type: CR Trial Date: 20130304 Trial Session: AM DefensevAttorney: UNK Defense Attorney Type: A Charged Offense: M COMMUNICATING
THREATS 14-277.1 Complainant: WILLIAMS,TERRENCE Issued Date: 20120618 Served Date: 20120624 Defendant Continuances: 00 State Continuances: 00 Defendant
Continuances: 00 Judge Continuances: 05 Restitution: Judge: MHM Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Domestic
Violence Conviction Flag: N Special Conditions: NOT BE FOUND ON THE PREMISES OF TERRENCE WILLIAMS, NOT; ASSAULT THREATEN HARASS TERRENCE
WILLIAMS; Source: NC
Jail Time Sentenced: 30 DAYS
Result Date: 2016-10-14
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

  ASSAULT ON A FEMALE                                                      **RECORD 13 – CHARGE 6**
File Date: 06/13/1997
State Of Record: NC                                      Case #: 01310DURHAM1997CR017423
Offense: ASSAULT ON A FEMALE
Offense Degree: Other (Please Specify)
Offense Date: 06/13/1997
Disposition: GUILTY ON 07/10/1997
ID Number: BGC-278636180
Prison Time Sentenced: 30D
County: North Carolina
Case Comments: Offense Modifier: CONVICTED Case Year: 1997 Case Sequence: 017423 Case Type: CR Offense Class: A1 Count: 01 Credit For Time Served: 0000
Special Probation: 0000 Sentence Type: COMMUNITY PUNISHMENT Statute: 14-33(C)(2) Offense Date: 1997-06-13 Statute: 14-33(C)(2) Jurisdiction: North Carolina
Admin Office of Courts Source: BGCD
Probation Time Sentenced: 12 MONTHS
Result Date: 2016-10-14
Disposition Comments: NOT ASSAULT, THREATEN OR HARAS
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 613
Search Type: Statewide Criminal
Sentence Information
Court Costs: 65.00
Fine: 100.00

  COMMUNICATING THREATS                                                    **RECORD 13 – CHARGE 7**
File Date: 04/04/2012
State Of Record: NC                                      Case #: 12CR 053118
Offense: COMMUNICATING THREATS
Offense Degree: Other (Please Specify)
Offense Date: 04/03/2012
Disposition: GUILTY ON 09/07/2012
Disposition Date: 09/07/2012
ID Number: BGC-278636180
County: North Carolina
Case Comments: PROCESS TYPE: WARRANT METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior

court level) Court Type: CR Trial Date: 20120907 Trial Session: AM DefensevAttorney: HOWARD,MARLON Defense Attorney Type: R Charged Offense: M
COMMUNICATING THREATS 14-277.1 Complainant: BELL,TEKOA,R Issued Date: 20120404 Served Date: 20120404 Defendant Continuances: 00 State Continuances: 00
Defendant Continuances: 00 Judge Continuances: 03 Restitution: Judge: BCW Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N
Domestic Violence Conviction Flag: N Special Conditions: NO CONTACT WITH VICTIM(TEKOA BELL)/WAIVES RIGHT TO APPEAL/ Source: NC
Jail Time Sentenced: 20 DAYS
Result Date: 2016-10-14
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

### INJURY TO REAL PROPERTY — RECORD 13 – CHARGE 8
File Date: 08/15/2012
State Of Record: NC                                     Case #: 12CRS050298
Offense: INJURY TO REAL PROPERTY
Offense Degree: Misdemeanor
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 10/09/2012
ID Number: BGC-278636180
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM
DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INJURY TO REAL PROPERTY 14-127 Complainant: HARRIS,V Agency: CPD Issued
Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge Continuances: 02 Restitution: Judge:
MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N Arrest Date: 20120111 Check Digit:
YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC
Jail Time Sentenced: -
Result Date: 2016-10-14
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

### INTERFERING W/ EMERGENCY COMMUNICATION — RECORD 13 – CHARGE 9
File Date: 08/15/2012
State Of Record: NC                                     Case #: 12CRS050298
Offense: INTERFERING W/ EMERGENCY COMMUNICATION
Offense Degree: Misdemeanor
Offense Date: 01/11/2012
Disposition: GUILTY ON 07/24/2012
Disposition Date: 10/09/2012
ID Number: BGC-278636180
County: North Carolina
Case Comments: PROCESS TYPE: STATEMENT OF METHOD OF DISPOSITION: REMANDED TO DISTRICT COURT Court Type: CR Trial Date: 20121008 Trial Session: AM
DefensevAttorney: WILLIAMS,LISA Defense Attorney Type: A Charged Offense: M INTERFERING W/ EMERGENCY COMMUNICATION 14-286.2 Complainant:
HARRIS,V Agency: CPD Issued Date: 20120111 Served Date: 20120111 Defendant Continuances: 00 State Continuances: 00 Defendant Continuances: 00 Judge
Continuances: 02 Restitution: Judge: MO Appealed To Superior Court: 072412 Commercial Drivers License: N Commercial Motor Vehicle: N Hazardous Material: N
Arrest Date: 20120111 Check Digit: YG0348S State ID Number: NC0654124A Domestic Violence Conviction Flag: N Source: NC
Jail Time Sentenced: -
Result Date: 2016-10-14
Method Verified: DOB;Name;RECORD LOCATED: DURHAM COUNTY PLEASE NOTE MIDDLE NAME FOUND ON FILE ADDRESS ON FILE: 1105
Search Type: Statewide Criminal

### ALLEN, DERRICK MIKE — RECORD 14 OF 14

Last Name: ALLEN                          Sex: MALE
First Name: DERRICK                        Race: BLACK
Middle Name: MIKE
DOB: 10/29/1978
Address Information
613 RAYNOR ST APT C, DURHAM NC
Record Type: Criminal
State Of Record: NC
Jurisdiction: DURHAM

### ASSAULT ON A FEMALE — RECORD 14 – CHARGE 1
State Of Record: NC                                     Case #: 01310DURHAM1997CR017423
Offense: ASSAULT ON A FEMALE
Offense Degree: MISDEMEANOR
Offense Date: 06/13/1997
Statute: 14-33(C)(2)
Plea: GUILTY
Disposition: JUDGE (TRIAL BY JUDGE OR GUILTY PLEA BEFORE JUDGE AT DISTRICT COURT LEVEL, GUILTY PLEA AT SUPERIOR COURT LEVEL)

Case 1:20-cv-00256-TDS-LPA   Document 1   Filed 03/17/20   Page 61 of 77

**Disposition Date:** 07/10/1997
**Verdict:** GUILTY
**Offense Modifier:** CONVICTED
**Case Year:** 1997
**County:** DURHAM
**Case Sequence:** 017423
**Case Type:** CR
**Offense Class:** A1
**Min Sentence:** 030 Days
**Probation Time Sentenced:** 012 Months
**Special Condition:** NOT ASSAULT, THREATEN OR HARASS LAVERNE VALADEZ. ENROLL IN SCHOOL & GET GED
**Count:** 01
**Trial Date:** 1998-12-10
**Credit For Time Served:** 0000
**Special Probation:** 0000
**Sentence Type:** COMMUNITY PUNISHMENT
**Sentence Information**
**Court Costs:** 65.00
**Fine:** 100.00

---

| PREMIUM NATIONAL CIVIL COURT RECORDS SEARCH | | |
|---|---|---|
| REQUEST DATE | COMPLETED | STATUS |
| 06/05/2019 10:29 AM | 06/05/2019 10:29 AM | Meets Property Requirements |
| | | No Civil Court Records Found |

---

| RENTAL HISTORY SEARCH | | |
|---|---|---|
| REQUEST DATE | COMPLETED | STATUS |
| 06/05/2019 10:29 AM | 06/05/2019 10:29 AM | Meets Property Requirements |
| | | No Records Found |

Powered by 

---

| OFAC/SDN SEARCH | | |
|---|---|---|
| REQUEST DATE | COMPLETED | STATUS |
| 06/05/2019 10:29 AM | 06/05/2019 10:29 AM | No Records Found |
| **Database(s) Searched:** | US Treasury Department - OFAC - SDN & Blocked Persons | |

### CUSTOMER ACKNOWLEDGEMENT

Your use of the information in this report is strictly subject to the terms of your screening agreement with RentGrow and all applicable laws and regulations, including the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"). Any credit, criminal, civil or rental history information about the individual to whom this tenant screening report pertains was obtained from public records or third-party consumer reporting agencies. RentGrow, Inc. follows reasonable procedures to assure maximum possible accuracy of the information in this report but cannot guarantee the accuracy or truthfulness of the records. RentGrow will suppress information that the applicant disputes as inaccurate or incomplete, and will notify you of the results of any dispute.

RentGrow does not manage or rent properties, does not set applicant eligibility criteria, and does not make rental decisions. All eligibility criteria are set, and all rental decisions are made, by the responsible property manager or owner.

**Processing Information**

DATE ENTERED: 06/05/2019 10:29 AM

INPUT BY: wirizarry

POLICY: CHAH34

MARKET SOURCE: Property Website

Reference: 35844677

**Department of State: Division of Corporations**

Allowable Characters

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

Loading...

| | Entity Details | | |
|---|---|---|---|
| | THIS IS NOT A STATEMENT OF GOOD STANDING | | |
| File Number: | 2207259 | Incorporation Date / Formation Date: | 9/11/1989 (mm/dd/yyyy) |
| Entity Name: | RENTGROW, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 251 LITTLE FALLS DRIVE | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

Submit

View Search Results          New Entity Search

For help on a particular field click on the Field Tag to take you to the help area.



**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts



# Corporations Division

## Business Entity Summary

### ID Number: 043062016

Request certificate    New search

### Summary for: RENTGROW, INC.

| | |
|---|---|
| **The exact name of the Foreign Corporation:** RENTGROW, INC. | |
| **Entity type:** Foreign Corporation | |
| **Identification Number:** 043062016 | **Old ID Number:** |
| **Date of Registration in Massachusetts:** 08-02-1990 | |
| **Last date certain:** | |
| **Organized under the laws of: State:** DE **Country:** USA **on:** 09-11-1989 | |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 12/31 |

**The location of the Principal Office:**

Address: 307 WAVERLY OAKS RD SUITE 301

City or town, State, Zip code, Country:    WALTHAM, MA 02452 USA

**The location of the Massachusetts office, if any:**

Address:

City or town, State, Zip code, Country:

**The name and address of the Registered Agent:**

Name: CORPORATION SERVICE COMPANY

Address: 84 STATE STREET

City or town, State, Zip code, Country:    BOSTON, MA 02109 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | ANANT YARDI | 430 S FAIRVIEW AVE SANTA BARBARA, CA 93117 USA |
| TREASURER | VACANT VACANT | 430 S FAIRVIEW AVE SANTA BARBARA, CA 93117 USA |
| SECRETARY | GORDON MORRELL | 430 S FAIRVIEW AVE SANTA BARBARA, CA 93117 USA |

Case 1:20-cv-00256-TDS-LPA    Document 1    Filed 03/17/20    Page 65 of 77

| CFO | ANANT YARDI | 430 S FAIRVIEW AVE SANTA BARBARA, CA 93117 USA |
| ASST SECRETARY | LAURIE DIAZ | 430 S FAIRVIEW AVE SANTA BARBARA, CA 93117 USA |
| DIRECTOR | GORDON MORRELL | 430 S FAIRVIEW AVE SANTA BARBARA, CA 93117 USA |
| DIRECTOR | ANANT YARDI | 430 S FAIRVIEW AVE SANTA BARBARA, CA 93117 USA |

**Business entity stock is publicly traded:** ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
| | | No. of shares | Total par value | No. of shares |
| --- | --- | --- | --- | --- |
| CNP | $ 0.00 | 1,000 | $ 0.00 | 100 |

| | ☐ **Confidential** | ☐ **Merger** | ☐ |
| | **Consent** **Data** | **Allowed** | **Manufacturing** |

**View filings for this business entity:**

ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement
Articles of Consolidation - Foreign and Domestic

**View filings**

**Comments or notes associated with this business entity:**

KEVIN P. BRADLEY
Attorney at Law
P.O. Box 303
Durham NC 27702-0303
(919) 224-7909
kevinpatrickbradley@yahoo.com

Friday 5 July 2019

RentGrow Inc.
177 Huntington Avenue Suite 1703
Boston MA 02115-3153

    Regarding:  DERRICK M. ALLEN

           false claim of sex offender record

Sir or Madam:

    Derrick Allen has consulted me regarding denial of a rental
application based on a RentGrow report completed 5 June 2019 which
states "Does Not Meet Property Requirements National Sex Offender
Records Found" and "Record Type:  SexOff  State of Record:  NC".

    The report is false.  Allen has committed no sex offense and is not
listed as a sex offender on the North Carolina registry.

    Please provide me with any documentation you have to support your
false claim of Derrick Allen being a sex offender.

                    Sincerely yours,

                    Kevin P. Bradley
                    North Carolina State Bar #22798
                    Attorney for Derrick Allen

KEVIN P. BRADLEY
Attorney at Law
P.O. Box 303
Durham NC 27702-0303
(919) 224-7909
kevinpatrickbradley@yahoo.com

Saturday 20 July 2019

RentGrow Inc.
177 Huntington Avenue Suite 1703
Boston MA 02115-3153

Regarding: DERRICK M. ALLEN

false claim of sex offender record

Sir or Madam:

The Consumer Relations email sent to Derrick Allen yesterday (printout attached) is woefully inadequate to address RentGrow's false report on 5 June 2019 of "National Sex Offender Records Found" and "Record Type: SexOff State of Record: NC".

By a simple National Sex Offender Search on the United States Department of Justice National Sex Offender Public Website, you can see there is no "National Sex Offender Record[]" for the Derrick M. Allen identified in RentGrow's 5 June 2019 report. By a simple online search on the North Carolina State Bureau of Investigation Sex Offender Registry, you can see there is no record of any Derrick Allen.

In short, there is no "dispute". RentGrow's 5 June 2019 report of "National Sex Offender Records Found" and "Record Type: SexOff State of Record: NC" is false, which you can verify in a five-minute (or less) search of government public records online.

In my 5 June 2019 letter to RentGrow Inc. (copy attached), I asked RentGrow to provide me with any documentation to support the false claim. To date, I have received no response of any kind.

Please ask RentGrow Inc.'s attorneys to contact me to discuss what steps will be taken to correct the false reports by RentGrow regarding Derrick Allen* and how RentGrow proposes to compensate Allen for the injury resulting from the false reports.

Sincerely yours,

Kevin P. Bradley
North Carolina State Bar #22798
Attorney for Derrick Allen

---

* In addition to the false report of national and state sex offender records, the rest of "the Criminal portion" of the 5 June 2019 RentGrow report has numerous false or materially-misleading entries, which likewise are readily seen by looking at government public records. I trust RentGrow now will do the "investigation" which should have been done before publishing the allegations in the 5 June 2019 report.

From: RS_consumerrelations3 <do_not_reply_3@rentgrow.com>
Date: Fri, Jul 19, 2019, 3:50 PM
Subject: Acknowledgment of Your Identity Theft Dispute
To: 78derrickallen@gmail.com <78derrickallen@gmail.com>


Dear Applicant:

Thank you for contacting RentGrow regarding your dispute. We received and will begin processing the Criminal portion of your dispute.

What happens next?

We will review your dispute and:

- Block the information you are disputing from being viewed by the property where you applied;
- Submit it to the credit bureau (such as Experian®, Equifax® or TransUnion®) or other agency that provided us with the disputed information;
- In some limited circumstances, perform our own investigation; and/or
- Provide you with additional information or resources.

How long will this take?

Generally, dispute investigations can take up to 30 days to complete, but this time can vary depending on the information you submit in support of your dispute and when you submit it. We will notify you as soon as the dispute process has been completed.

If you have any questions, please email us at information@rentgrow.com <mailto:information@rentgrow.com> or call us toll free at (800) 898-1351, Monday through Friday from 9:00 am to 8:30 pm Eastern Time.

Thank you,

RentGrow Consumer Relations

*\*\* This message was sent from an unmonitored email address. Direct replies will not be received. \*\**

*For more information about RentGrow, please visit us at www.rentgrow.com. RentGrow provides tenant screening reports to property owners and managers that they use to help evaluate whether applicants are qualified to rent the properties they own or manage. RentGrow itself does not manage or rent any property, does not set applicant eligibility criteria, and does not make rental decisions.*

Consumer Relations

toll free (800) 898-1351 | fax (781) 583-5112
RentGrow, Inc. | 177 Huntington Ave, Suite 1703 #74213 | Boston, MA 02115-3153
www.RentGrow.com

**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited. If you have received this message in error, please completely destroy all electronic and hard copies, and contact the sender toll free at (800) 898-1351 or information@rentgrow.com.



**NORTH CAROLINA**
## STATE BUREAU OF INVESTIGATION



3320 Garner Road
P.O. BOX 29500
Raleigh, NC 27626-0500
(919) 662-4500
FAX: (919) 662-4523

**ROY COOPER**
**GOVERNOR**

**ROBERT SCHURMEIER**
**DIRECTOR**

August 13, 2019

Mr. Kevin Bradley
P.O. Box 303
Durham, North Carolina 27702-0303

RE: Derrick M. Allen

Dear Mr. Bradley,

Your recent letter regarding Mr. Allen's North Carolina Sex Offender registration status have been forwarded to me as Deputy General Counsel for the North Carolina State Bureau of Investigation. As part of my responsibilities, I assist the Sex Offender Coordination (SOR) Unit with correspondence such as yours.

Based on a review of the SBI SOR records, a pending registry entry was created for Mr. Allen by the North Carolina Department of Corrections (now the Division of Adult Correction) prior to his release from prison in 2009. Generally, the "pending" registry entry is created as part of the duties of the penal institution pursuant to N.C.G.S. §14-208.8. In a case in which the person registers after release from the penal institution, the registering sheriff's office then completes the registration and the entry transfers from "pending" registration to an "active" registration. Regarding Mr. Allen, it does not appear that the entry was ever activated by any Sheriff's office.

The Durham County Sheriff's Office contacted the SBI SOR unit on August 17, 2010 and requested that the registry entry for Mr. Allen be removed. On or about August 25, 2010, the SOR unit removed the entry for Mr. Allen including an entry into the Division of Criminal Information (DCI).

Should you have any questions about this matter, you are welcome to call me at 919-582-8524 or contact me via email at jstrickland@ncsbi.gov.

Sincerely,

J. Joy Strickland
Deputy General Counsel
North Carolina State Bureau of Investigation

cc: ASAC Ivy McMillan
Ms. Lisa Britton, SOR Coordination Unit Supervisor



NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

**Liz Nagle**
*Associate*
T 617-345-1201
enagle@nixonpeabody.com

Exchange Place
53 State Street
Boston, MA 02109-2835
617-345-1000

August 12, 2019

*VIA EMAIL AND CERTIFIED MAIL*

Kevin P. Bradley
P.O. Box 303
Durham, NC 27702-0303
Kevinpatrickbradley@yahoo.com

> **RE:   Derrick Allen**

Dear Kevin:

I am writing in response to your letter to RentGrow, Inc. ("RentGrow") regarding the tenant screening report of Mr. Derrick Allen, who was screened by RentGrow on or about June 5, 2019. In your letter, you request "documentation" regarding the sex offender registry information that was initially included on Mr. Allen's tenant screening report but was removed after Mr. Allen disputed the information.

This letter provides background information about RentGrow's tenant screening services and specific information regarding Mr. Allen's tenant screening report.

**General Background**

RentGrow is a reseller consumer reporting agency (CRA) as defined by the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681a(u). As a reseller CRA, RentGrow obtains credit history information, rental history information, and civil and criminal court history information from one or more of the three major credit bureaus and other sources of public records information and provides that information to its customers (typically property owners and managers) in the form of a tenant screening report.

Property owners and managers use the tenant screening reports to make informed decisions about applicants for their properties. RentGrow does not make rental decisions and does not set eligibility criteria for any property. All eligibility criteria are set and all rental decisions are made by the property owner or manager at each property. RentGrow also does not collect application fees from consumers; rather, those fees are collected by the property management company. RentGrow maintains a Consumer Relations team that is dedicated to helping consumers obtain copies of their reports and process disputes about credit inquiries or the accuracy or completeness of the information contained in the tenant screening reports.

4821-1537-9359.3

August 9, 2019
Page 2

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

**Mr. Allen's Tenant Screening Report**

Mr. Allen's initial tenant screening report shows that he was screened on June 5, 2019 at the request of RentGrow's contracted client, Lenox at Patterson Place, which requested Mr. Allen's report for the permissible purpose of evaluating whether he met its property rental requirements. The criminal history information contained in that report was obtained from Backgroundchecks.com ("BGC"), P.O. Box 353, Chapin, SC 29036, (866) 265-6602. The reported criminal records, which included sex offender registry records, did not meet the property's rental requirements.

On or about July 15, 2019, Mr. Allen submitted a dispute of the sex offender registry information to RentGrow pursuant to the FCRA, Section 1681i. Mr. Allen's dispute form indicated that the sex offender records did not belong to him. Pursuant to the FCRA, RentGrow initiated a reinvestigation of the disputed records and submitted the dispute to the furnisher of the records, BGC. RentGrow confirmed that the sex offender registry information should be removed from Mr. Allen's tenant screening report.

Therefore, on or about July 23, 2019, RentGrow sent Mr. Allen an updated version of his tenant screening report indicating that the sex offender registry records were removed. RentGrow also notified the property that Mr. Allen's report had been updated. Although Mr. Allen met the property's criminal screening requirements, Mr. Allen's screening result remained "reject" because Mr. Allen's credit history did not meet the property's credit screening requirements.

In addition to Mr. Allen's dispute of the sex offender registry information, RentGrow also received your letter dated July 20, 2019, indicating that other criminal history information on Mr. Allen's tenant screening report was inaccurate or incomplete. Therefore, on or about July 23, 2019, RentGrow submitted a dispute of all criminal history on Mr. Allen's report to BGC for reinvestigation. That dispute remains pending. However, because Mr. Allen's credit history does not meet the property's credit screening criteria, the outcome of the criminal history dispute will not impact Mr. Allen's screening result.

**Conclusion**

RentGrow's procedures to assure maximum possible accuracy and to resolve consumer disputes functioned exactly as required by the FCRA. As a reseller CRA, RentGrow was entitled to rely on criminal background information it received from BGC. *See, e.g., Smith v. Auto Mashers, Inc.*, 85 F. Supp. 2d 638, 640-42 (W.D. Va. 2000) ("If a consumer reporting agency accurately transcribes, stores, and communicates consumer information received from a source that it reasonably believes to be reputable, and which is credible on its face, the agency does not violate [the FCRA] simply by reporting an item of information that turns out to be inaccurate.") (quoting FTC guidance at 16 C.F.R. Part 600, 391).

Furthermore, Mr. Allen cannot show that any damages he allegedly suffered were caused by an inaccuracy in his report. Even if RentGrow had not reported the sex offender registry information,

4821-1537-9359.3

Case 1:20-cv-00256-TDS-LPA   Document 1   Filed 03/17/20   Page 74 of 77

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

Mr. Allen's application would have been denied anyway based on his credit history information, which is not in dispute. Thus, any inaccuracy in the criminal background information initially reported cannot be said to have proximately caused the denial of his rental application; it would have been denied based on other, accurate information.

If you or Mr. Allen have any further questions about Mr. Allen's tenant screening report, please contact me directly.

Sincerely,

Liz Nagle
Associate

EN/ajk

4821-1537-9359.3

# Better Business Bureau®

Home > Massachusetts > Boston > Tenant Screening > RentGrow, Inc. > Business Details

« Additional Information

# Additional Information

 **RentGrow, Inc.**

📍 177 Huntington Ave
Ste 1730
Boston, MA 02115-3153

🌐 http://www.rentgrow.com

📞 (800) 898-1351

**Location of This Business**

177 Huntington Ave Ste 1730, Boston, MA 02115-3153

| | |
|---|---|
| **BBB File Opened:** | 4/15/2003 |
| **Years in Business:** | 30 |
| **Business Started:** | 9/11/1989 |
| **Business Incorporated:** | 9/11/1989 |
| **Accredited Since:** | 11/7/2008 |
| **Type of Entity:** | Corporation |
| **Number of Employees:** | 50 |

**Hours of Operation**

Primary

| | |
|---|---|
| **M:** | 09:00 AM - 08:30 PM |
| **T:** | 09:00 AM - 08:30 PM |
| **W:** | 09:00 AM - 08:30 PM |
| **Th:** | 09:00 AM - 08:30 PM |
| **F:** | 09:00 AM - 08:30 PM |
| **Sa:** | Closed |
| **Su:** | Closed |

**Business Management**

Mr. Anant Yardi, President/Founder
Mr. Gordon Morrell, Executive Vice President

**Contact Information**

Principal
Mr. Anant Yardi, President/Founder
Mr. Gordon Morrell, Executive Vice President
Customer Contact
Ms. Maureen O'Leary, Customer Care Supervisor

**Serving Area**

We service the following area(s): Alabama, Alaska, American Samoa, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Guam, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virgin Islands, Virginia, Washington, West Virginia, Wisconsin, Wyoming

**Social Media**

in Linked In

**Business Categories**

Tenant Screening, Information Bureaus, Employment Training

© **2020, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved.**