IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DERRICK M. ALLEN,                )
                                 )
          Plaintiff,             )
                                 )
     v.                          )
                                 )          1:20CV256
                                 )
RENTGROW, INC., ANANT YARDI,     )
GORDON MORRELL, AND CORPORATION  )
SERVICE COMPANY,                 )
                                 )
          Defendants.            )
```

## ORDER

The Text Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 12, 2020, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that the claims against Corporation Service Company are DISMISSED without prejudice, due to the lack of any allegations against it in the Amended Complaint (Doc. 8) (or in the Complaint and its attachments (Doc. 1)).

　　　　　　　　　　　　　　　　　　　　/s/　Thomas D. Schroeder
　　　　　　　　　　　　　　　　　　　United States District Judge

September 10, 2020